**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____     Chapter     **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**02/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Elemental Processing, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1769259** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2120 Capstone Drive, Suite #111** <br> **Lexington, KY 40511-8926** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fayette** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.elementalprocessing.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Elemental Processing, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>3259</u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Elemental Processing, LLC**
_____    _____
Name    Case number (*if known*)

---

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .   *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Elemental Processing, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 20, 2020**
                      MM / DD / YYYY

**X /s/ Tony Struyk**                                   **Tony Struyk**
Signature of authorized representative of debtor          Printed name

Title    **CEO and CFO**

**18. Signature of attorney**

**X /s/ Matthew B. Bunch**                          Date **April 20, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Matthew B. Bunch**
Printed name

**Bunch & Brock, PSC**
Firm name

**271 W. Short Street**
**805 Security Trust Building**
**Lexington, KY 40507-1217**
Number, Street, City, State & ZIP Code

Contact phone    **(859) 254-5522**          Email address

**84931 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Elemental Processing, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 20, 2020**      **X /s/ Tony Struyk**
                                      Signature of individual signing on behalf of debtor

                                        **Tony Struyk**
                                        Printed name

                                        **CEO and CFO**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Elemental Processing, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMD Consulting 20929 Ventura Blvd, Unit 47-135 Woodland Hills, CA 91364** | | **business debt** | | | | **$7,282,268.00** |
| **Twin Rivers Holdings 3261 Ocean Front Walk 1A San Diego, CA 92109** | | **business debt** | | | | **$3,122,156.00** |
| **Jade Partners, LLC 2100 Byberry Road Huntingdon Valley, PA 19006** | | **Promissory Note dated November 29, 2018 with personal guarantees with Hemp Processing Agreement dated December 3, 2018** | | | | **$2,000,000.00** |
| **Gutkoski, Mike 304 N. 18th Ave. Bozeman, MT 59715** | | **business debt** | | | | **$1,250,000.00** |
| **Lebsock, Bradley 1350 West Main Street Sterling, CO 80751** | | **Promissory Note dated May 14, 2019** | | | | **$1,000,000.00** |
| **Armadillo 1262 Scott Street San Diego, CA 92106** | | **business debt** | | | | **$975,566.00** |
| **R&R Capital Management 20929 Ventura Blvd. Unit 47-135 Woodland Hills, CA 91364** | | **business debt** | | | | **$968,058.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Elemental Processing, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aggreko, LLC Attn:  Any Officer 15600 John F Kennedy Blvd Ste 600 Houston, TX 77032-2344** | | **equipment** | | | | **$505,558.00** |
| **Cann Am Group, Inc. 20929 Ventura Blvd. Unit 47-135 Woodland Hills, CA 91364** | | **business debt** | | | | **$465,904.00** |
| **SD5050, LLC 5469 Castlehills Drive San Diego, CA 92109** | | **business debt** | | | | **$440,132.00** |
| **Reise PO Box 221011 San Diego, CA 92192-1011** | | **business debt** | | | | **$242,195.00** |
| **Oakcrest Manor SD, Inc. 1262 Scott Street San Diego, CA 92106** | | **business debt** | | | | **$209,972.00** |
| **Airgas USA, LLC Attn:  Any Officer 2015 Vaughn Rd Bldg 400 Kennesaw, GA 30144** | | **vendor complaint filed in Fayette Circuit Court Case #20-CI-1048** | **Disputed** | | | **$205,616.54** |
| **Pentecost Mechanical Services, Inc. PO Box 13337 Lexington, KY 40583-3337** | | **services** | | | | **$137,790.00** |
| **Dibiccari, Chris 810 SW 11th Ave. Cape Coral, FL 33991** | | **Consulting Agreement dated August 20, 2018** | | | | **$135,000.00** |
| **RittLiverpool 366 N. Main Street Rittman, OH 44270** | | **business debt** | | | | **$113,205.00** |
| **CPASS, LLC PO Box 221011 San Diego, CA 92192-1011** | | **business debt** | | | | **$108,729.00** |
| **Harshaw Trane 12700 Plantside Dr Louisville, KY 40299** | | **vendor** | | | | **$101,405.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

Debtor    **Elemental Processing, LLC** _____    Case number *(if known)* _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capstone Group, LLC 2201 Regency Road, Suite 602 Lexington, KY 40503** | | **unpaid rent for Premises in Lexington, KY @ $25,000 per month.** | | | | $100,000.00 |
| **Humana Health Plan PO Box 3225 Milwaukee, WI 53201-3225** | | **premiums due** | | | | $71,563.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Elemental Processing, LLC**

United States Bankruptcy Court for the:        EASTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................    $ _____1.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................    $ _____8,157,099.84

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..............................................................    $ _____8,157,100.84

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____18,877,486.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................    $ _____513,654.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____37,310,115.32

4.    Total liabilities ..........................................................................................
    Lines 2 + 3a + 3b        $ _____56,701,255.32

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Elemental Processing, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Citizens Union Bank as of 2/28/2020 (Receiver/Amerra Capital could have withdrawn these funds but Debtor does not have access to this account to verify)** | checking | 3089 | $11,561.77 |
| 3.2. | **Fifth Third Bank (Amerra Capital has made two deposits of $120,000 on 4/3/2020 and $84,688 on 4/17/2020 to cover payroll) (Current balance is $141,791, but payroll checks were issued 4/17/2020)** | checking | 0296 | $141,791.00 |
| 3.3. | **Community Trust Bank This account was opened in early 2020 with deposits from customers. Debtor transferred all deposits to the Fifth Third checking account. Current balance is under $100** | checking | 5512 | $100.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $153,452.77 |
| --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Elemental Processing, LLC**                    Case number *(If known)* _____
_____
Name

---

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

   7.1.   **deposit for rent with Capstone Distribution Center, LLC** _____    $17,083.34

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                  $17,083.34
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

   11a. 90 days old or less:    **9,567,952.82**   -   **8,611,157.54**  = ....   $956,795.28
                                face amount            doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                  $956,795.28
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Elemental Processing, LLC**                                    Case number *(If known)* _____
          Name

**Cultivation of hemp and
all hemp biomass and all
products created
therefrom
Current value in today's
economy is listed at
unknown, but estimated
less than $25 million.
Book value is estimated
at $25,000,000.
Inventory value from
Balance Sheet on
12/31/2019 was listed at
$26,091,351.14**                                **$25,000,000.00**    **N/A**                    **Unknown**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**
       **See para. #20 above for
       work in progress assets
       plus numerous items to
       manufacture the assets**                            **Unknown**                         **Unknown**

23.    **Total of Part 5.**                                                         **$0.00**
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ■ Yes. Book value    _____ **0.00**   Valuation method _____    Current Value   **500,000.00**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.    **Crops-either planted or harvested** | | | |
| 29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.    **Farm machinery and equipment** *(Other than titled motor vehicles)* **Equipment, such as John Deere assets Machinery & Equipment as reported in Balance Sheet dated 12/31/2019 was $7,063,582.70** | **Unknown** | | **$500,000.00** |

| Debtor | **Elemental Processing, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**
**Totals from Balance Sheet on 12/31/2019:**
**Computer and Equipment $9,706.64;**
**Furniture/Fixtures $69,639.36; Lab Equip**
**$385,369.68; Leasehold improvements**
**$947,262.72; Office Equipment $20,113.89;**
**Long Term Assets/non specified $5,050,975.16**
**Net Book Value for all assets as listed on the**
**Balance Sheet as of 12/31/2019 was**
**$53,045,704.28.**

**In 2018, Debtor reported on its IRS Form 1040**
**total assets of $37,128,213**
**Ending Calendar Year values:**
**Biomass $25,000,000**
**Crude $5,413,568**
**Loan to ASC $614,192**
**Loan to RHR $200,000**
**Prepaid Rent $3,600**
**Prepaid Seeds $3,610,000**
**Super Crude $46,534**          **$53,045,704.28**    Recent cost          **$6,483,067.45**

33. **Total of Part 6.**                                                                            **$6,983,067.45**

    Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ■ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Elemental Processing, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Tangible asset are listed above with misc. office furniture, equipment and related items, all owned - not leased. Value listed herein is to allow this entry to populate in bankruptcy software.** | **$0.00** | | **$1.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   | **$1.00** |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☒ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☒ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☒ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Multiple vehicles, as follows:**<br>**1990 Ford Econoline Clubwagon Van, VIN x5258 titled in Rosedale Baptish Church, Inc. $200**<br>**2018 Cynergy Car Hauler Trailer, VIN x878 titled in Brian Stigers Truck Sales $3,000**<br>**2018 Cynergy Car Hauler Trailer, VIN x3255 titled in Brian Stigers Truck Sales $3,000**<br>**1990 1S1 Van white, VIN x9397 titled in Samuel Lafferty $500**<br>**2018 Ford F150 Pickup truck, VIN x3269 with lien to Ford Motor Credit $15,000**<br>**2018 Ford F150 Pickup truck, VIN x5073 wtih lien to Ford Motor Credit $25,000**<br><br>**Vehicles' book value on Balance Sheet dated 12/31/2019 is $289,077.20, but there may have been personal vehicles included in that Balance Sheet** | **$0.00** | | **$46,700.00** |

| Debtor | **Elemental Processing, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**
<br>Add lines 47 through 50.  Copy the total to line 87.

**$46,700.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
<br>☑ No
<br>☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
<br>☑ No
<br>☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
<br>☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1.   **Debtor leases all three premises, two locations in Lexington and one in Tennessee All assets disclosed above and listed at $1 for purposes of populating the bankruptcy software** | | **$0.00** | | **$1.00** |

56. **Total of Part 9.**
<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
<br>Copy the total to line 88.

**$1.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
<br>☑ No
<br>☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
<br>☑ No
<br>☐ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 6 |
|---|---|---|

Debtor    **Elemental Processing, LLC**_____    Case number *(If known)* _____
          Name

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Elemental Processing, LLC** | Case number *(If known)* |
|--------|-------------------------------|--------------------------|
| | Name | |

---

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $153,452.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,083.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $956,795.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $6,983,067.45 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $46,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................> | | $1.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,157,099.84 | + 91b. $1.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,157,100.84 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# Elemental Processing, LLC
## A/R Aging Summary
### As of March 25, 2020

| | Current | 1 - 30 | 31 - 60 | 61 and over | Total |
|---|---|---|---|---|---|
| 7 Mile Farms, LLC | | -100,000.00 | | | -100,000.00 |
| ADM | | | | 273,451.00 | 273,451.00 |
| Allowance for Doubtful Accounts | | | | -2,956,054.87 | -2,956,054.87 |
| B&B Labs | | | | 70.00 | 70.00 |
| Baap Industries | | | | -3,173.17 | -3,173.17 |
| BC Extracts, LLC | 336,250.00 | | | | 336,250.00 |
| Bloom Distribution | | | | 0.00 | 0.00 |
| Companion CBD | | | | 6,570.00 | 6,570.00 |
| Danny Mounce | | | | 2,090.00 | 2,090.00 |
| David Chelette | | | | 10,070.00 | 10,070.00 |
| Doug Siegel | | | | 1,035.00 | 1,035.00 |
| Earth Industries | | | | 571,063.29 | 571,063.29 |
| HD Distribution | | | -2.00 | | -2.00 |
| HempTown | | | 176,350.00 | | 176,350.00 |
| Humanity Wellbeing | | | | 3,900.00 | 3,900.00 |
| Innovates | | | | 60.00 | 60.00 |
| Jaffee Holdings | | | | 91,000.00 | 91,000.00 |
| L 7 Trading | | 1,315.00 | | | 1,315.00 |
| Lilus Garden | | | | 271,760.00 | 271,760.00 |
| Orange Sunshine | | | | 5,950.00 | 5,950.00 |
| Perfect Processing LLC | | | | 2,426,161.63 | 2,426,161.63 |
| Pragma Scientific | 241,149.16 | 23,670.00 | 112,908.00 | 3,987,986.64 | 4,365,713.80 |
| Rainbow Management | | | | 1,007,644.26 | 1,007,644.26 |
| Regenerative Impact Partners, LLC | | -1,200.00 | | | -1,200.00 |
| South Central Leaf Services, LLC | | -750.00 | 750.00 | | 0.00 |
| Stacton Capital Group, Llc. | | 201,410.00 | | 7,140.00 | 208,550.00 |
| WLCCO, Inc. | | 16,045.23 | | 25,107.50 | 41,152.73 |
| WLGS, Inc | | | | 2,827,001.15 | 2,827,001.15 |
| Zolt | | | | 1,225.00 | 1,225.00 |
| TOTAL | $ 577,399.16 | $ 140,490.23 | $ 290,006.00 | $ 8,560,057.43 | $ 9,567,952.82 |

Wednesday, Mar 25, 2020 12:58:35 PM GMT-7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tony Struyk** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br><br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Elemental Processing, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  AB Sciex, LLC**<br>Creditor's Name<br><br>**1201 Radio Rd**<br>**Redwood City, CA**<br>**94065-1217**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**UCC-1 lien filed on February 27, 2020 on various equipment identified in lien filing**<br><br>Describe the lien<br>**Security agreement**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $138,736.00 | $0.00 |
| **2.2  Amerra Capital Management, LLC**<br>Creditor's Name<br><br><br><br>**Attn:  Any Officer**<br>**1140 6th Ave Fl 18**<br>**New York, NY 10036-5803**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | Describe debtor's property that is subject to a lien<br>**Totals from Balance Sheet on 12/31/2019: Computer and Equipment $9,706.64; Furniture/Fixtures $69,639.36; Lab Equip $385,369.68; Leasehold improvements $947,262.72; Office Equipment $20,113.89; Long Term Assets/non specified $5,050,975.16**<br><br>Describe the lien<br>**Security agreement on all assets with UCC-1 filed 8/23/2019**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No | $8,000,000.00 | $6,483,067.45 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Elemental Processing, LLC**                                          Case number (if known) _____
         Name

| | |
|---|---|
| | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Crown Equipment Corporation** | **Describe debtor's property that is subject to a lien** | $32,750.00 | $32,750.00 |
|---|---|---|---|---|
| | Creditor's Name | UCC-1 lien filed December 5, 2018 on all of Lessee's rights, title and interest in all equipment, including forklifts | | |
| | **44 S. Washington Street New Bremen, OH 45869** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Security agreement** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Dynasty Farms, LLC** | **Describe debtor's property that is subject to a lien** | $5,000,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | All equipment, cultivation of hemp and all hemp biomass and all products created therefrom arising from the Product Purchase Agreement between Pragma Scientific, LLC as "Seller", Dynasty Farms, LLC as "Purchaser" and Elemental Processing | | |
| | **c/o Raymond Kusinski, Manager 1938 East. Lincoln Highway, #210 New Lenox, IL 60451** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Official Form 206D           Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**           page 2 of 5

Debtor   **Elemental Processing, LLC**
_____
Name

Case number (if known) _____

| 2.5 | **Ford Motor Credit Company** | Describe debtor's property that is subject to a lien | $40,000.00 | $46,700.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 105704**
**Atlanta, GA 30348-5704**

**2018 Ford F150 pick up truck, VIN x5073 and x3269**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $466,000.00 | $500,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 6600**
**Johnston, IA 50131-6600**

**Equipment, such as John Deere assets Machinery & Equipment as reported in Balance Sheet dated 12/31/2019 was $7,063,582.70**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **MJ83 Holdings, LLC** | Describe debtor's property that is subject to a lien | $200,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Raymond Kusinski, Manager**
**1938 East Lincoln Highway, #210**
**New Lenox, IL 60451**

**Secured promissory note dated June 19, 2019 on all assets**

Creditor's mailing address

**Describe the lien**
**Security agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

| Debtor | **Elemental Processing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Mokena Holdings, LLC** | | $2,000,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn:  any officer
9275 W Flamingo Rd Ste 120
Las Vegas, NV 89147**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Secured Promissory Note dated September 6, 2019 on purchase and installation of extraction equipment (initially in Careddi Technology Co., LTD proforma invoices S/C Nos. CN20190731-02 and CN20190829-02, with ancillary equip., amd. 1/24/2020**

**Describe the lien**
**Security agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Strategic Compensation Group, LLC** | | $3,000,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name
**15 Somerset Street, Unit 401
Clearwater Beach, FL 33767**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**CBD Product Processing Agreement dated December 3, 2018 and Secured Promissory Note dated October 10, 2018 for CBD products**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Elemental Processing, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$18,877,486. 00** |
|---|---|---|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AB Sciex, LLC**<br>**500 Old Connecticut Path**<br>**Framingham, MA 01701-4574** | Line  **2.1** | |
| **Amerra Capital Management**<br>**c/o Fowler Bell, PLLC**<br>**300 W Vine St Ste 600**<br>**Lexington, KY 40507** | Line  **2.2** | |

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 5 of 5

| Fill in this information to identify the case: |
| --- |

Debtor name   **Elemental Processing, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
     with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 | $12,000.00 |
|  | **Fayette County Public Schools** **PO Box 55570** **Lexington, KY 40555-5570** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **employee withholding** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229,078.00 | $229,078.00 |
|  | **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **employee withholding** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |  |  |

| Debtor | **Elemental Processing, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140,000.00 | $140,000.00 |
|---|---|---|---|---|

**Kentucky Department of Revenue**
**Attn:  Legal Dept - Bankruptcy**
**PO Box 5222**
**Frankfort, KY 40602-5222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**employee withholding tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,576.00 | $55,576.00 |
|---|---|---|---|---|

**Kentucky Division of**
**Unemployment**
**PO Box 948**
**Frankfort, KY 40602-0948**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77,000.00 | $77,000.00 |
|---|---|---|---|---|

**LFUCG**
**Division of Revenue**
**PO Box 14058**
**Lexington, KY 40512-4058**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**employee withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,391.78 |
|---|---|---|---|

**9 Mile**
**1262 Scott Street**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,959.00 |
|---|---|---|---|

**Adams Insulation**
**1016 Nandino Blvd**
**Lexington, KY 40511-1207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Elemental Processing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,831.00 |
|---|---|---|---|

**Adaptas Solutions, LLC**
9 Second St
Palmer, MA 01069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,628.00 |
|---|---|---|---|

**Adecco Employment Solutions**
1510 Newtown Pike Ste 126
Lexington, KY 40511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505,558.00 |
|---|---|---|---|

**Aggreko, LLC**
Attn:  Any Officer
15600 John F Kennedy Blvd Ste 600
Houston, TX 77032-2344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  equipment

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,456.00 |
|---|---|---|---|

**Air Products and Chemicals, Inc.**
7201 Hamilton Blvd
Allentown, PA 18195-9642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,686.00 |
|---|---|---|---|

**Air Technologies**
PO Box 73278
Cleveland, OH 44193-0002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205,616.54 |
|---|---|---|---|

**Airgas USA, LLC**
Attn:  Any Officer
2015 Vaughn Rd Bldg 400
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor
complaint filed in Fayette Circuit Court Case #20-CI-1048

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Alpha Laboratory Services, LLC**
PO Box 11933
Lexington, KY 40579-1933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elemental Processing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,282,268.00** |
|---|---|---|---|

**AMD Consulting**
**20929 Ventura Blvd, Unit 47-135**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** business debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$394.00** |
|---|---|---|---|

**American Clinical Solutions**
**2424 N Federal Hwy Ste 455**
**Boca Raton, FL 33431-7747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$464.00** |
|---|---|---|---|

**American Industrial Contractors**
**2020 Duncan Machinery Dr**
**Lexington, KY 40504-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,757.00** |
|---|---|---|---|

**Aramark**
**2739-2963 Old Todds Rd**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$975,566.00** |
|---|---|---|---|

**Armadillo**
**1262 Scott Street**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** business debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Associates Warehouse GFV**
**251 Price Rd**
**Lexington, KY 40511-1961**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** service

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,235.00** |
|---|---|---|---|

**Botanacor Services**
**1001 S Galapago St Ste B**
**Denver, CO 80223-2828**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elemental Processing, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,526.00** |
| --- | --- | --- | --- |
| | **Brenntag Mid-South, Inc.** | ☐ Contingent | |
| | **5083 Pottsville Pk** | ☐ Unliquidated | |
| | **Reading, PA 19605-9724** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **vendor** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,034.00** |
| --- | --- | --- | --- |
| | **Brett Construction** | ☐ Contingent | |
| | **Attn:  Any Officer** | ☐ Unliquidated | |
| | **354 Waller Ave Ste 200** | ☐ Disputed | |
| | **Lexington, KY 40504-2929** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **service** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,920.00** |
| --- | --- | --- | --- |
| | **Burkhead's Welding, Inc.** | ☐ Contingent | |
| | **1082 Lisle Rd** | ☐ Unliquidated | |
| | **Georgetown, KY 40324** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **service** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$465,904.00** |
| --- | --- | --- | --- |
| | **Cann Am Group, Inc.** | ☐ Contingent | |
| | **20929 Ventura Blvd. Unit 47-135** | ☐ Unliquidated | |
| | **Woodland Hills, CA 91364** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **business debt** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,951.00** |
| --- | --- | --- | --- |
| | **CannaBusiness Laboratories** | ☐ Contingent | |
| | **2554 Palumbo Dr** | ☐ Unliquidated | |
| | **Lexington, KY 40509** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **service** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
| --- | --- | --- | --- |
| | **Capstone Group, LLC** | ☐ Contingent | |
| | **2201 Regency Road, Suite 602** | ☐ Unliquidated | |
| | **Lexington, KY 40503** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **unpaid rent for Premises in Lexington, KY @ $25,000 per month.** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,579.00** |
| --- | --- | --- | --- |
| | **Cintas Corporation** | ☐ Contingent | |
| | **P.O. Box 630910** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263-0910** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **vendor** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Elemental Processing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,300.00**

**CK Tactical Security**
**476 Locust Fork Rd**
**Stamping Ground, KY 40379-9031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Commerce Lexington**
**330 E Main St Ste 100**
**Lexington, KY 40507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __dues__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,268.00**

**Cooperative Financial Solutions**
**PO Box 3003**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Co-Op of Tennessee farmers__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,535.00**

**Corine Hampton**
**1262 Scott St**
**San Diego, CA 92106-2736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,729.00**

**CPASS, LLC**
**PO Box 221011**
**San Diego, CA 92192-1011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Crown Equipment Corporation**
**44 S Washington St**
**New Bremen, OH 45869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __lease to own for a dollar buyout of certain equipment__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,452.00**

**Crown Lift Trucks**
**1709 Jaggie Fox Way**
**Lexington, KY 40511-1192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __service__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elemental Processing, LLC** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

Crush Bearings & Drives, Inc.
2028 Parallel Rd
Lexington, KY 40511-1008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,728.00** |
|---|---|---|---|

Cryogenic Experts
531 Sandy Cir
Oxnard, CA 93036-0971

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,720.00** |
|---|---|---|---|

DB Labs
4439 Polaris Ave
Las Vegas, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,460.00** |
|---|---|---|---|

Desert Valley Testing
51 W Weldon Ave
Phoenix, AZ 85013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,000.00** |
|---|---|---|---|

Dibiccari, Chris
810 SW 11th Ave.
Cape Coral, FL 33991

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consulting Agreement dated August 20, 2018**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Dotson Partnership
c/o Samuel G. Carneal, Esq.
Gess Mattingly & Atchison
201 W. Short Street, #102
Lexington, KY 40507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fayette Circuit Court Case #19-CI-954**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,955.00** |
|---|---|---|---|

E-Cargoway Logistics, Inc.
16200 S Garfield Ave
Paramount, CA 90723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  services

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Elemental Processing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,248.00 |
|---|---|---|---|

**Echo Global Logistics, Inc.**
**600 W Chicago Ave Ste 725**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $655.00 |
|---|---|---|---|

**Elite Pest Control**
**632 Bizzell Dr**
**Lexington, KY 40510-1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,114.00 |
|---|---|---|---|

**Emerald Twenty Four**
**Attn:  any officer**
**1024 Greendale Rd**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Fayette County Farm Bureau**
**1316 Versailles Rd**
**Lexington, KY 40504-1137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,127.00 |
|---|---|---|---|

**FedEx**
**2200 Forward Drive**
**Pittsburgh, PA 15251-0840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,526.00 |
|---|---|---|---|

**Ford Credit**
**PO Box 650575**
**Dallas, TX 75265-0575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,223.00 |
|---|---|---|---|

**Frost Brown Todd**
**PO Box 70087**
**Louisville, KY 40270-0087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Elemental Processing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,093.00** |
|---|---|---|---|

**Gilson, Inc.**
PO Box 620027
Middleton, WI 53562-0027

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,745.00** |
|---|---|---|---|

**Goto Premium Finance**
PO Box 4312
Woodland Hills, CA 91365-4312

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,324.00** |
|---|---|---|---|

**Grainger Industrial Supply**
Dept 886700617
Palatine, IL 60038-0001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **supplies**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,998.00** |
|---|---|---|---|

**Greenfield Global**
PO Box 67000
Detroit, MI 48267

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250,000.00** |
|---|---|---|---|

**Gutkoski, Mike**
304 N. 18th Ave.
Bozeman, MT 59715

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,405.00** |
|---|---|---|---|

**Harshaw Trane**
12700 Plantside Dr
Louisville, KY 40299

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,900.00** |
|---|---|---|---|

**Hill Barth & King**
6603 Summit Dr
Canfield, OH 44406

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CPA services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elemental Processing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,355.00**

**Holston Gases**
**357 Blue Sky Pkwy**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,563.00**

**Humana Health Plan**
**PO Box 3225**
**Milwaukee, WI 53201-3225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **premiums due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,168.00**

**IAC**
**PO Box 1239**
**Jeffersonville, IN 47131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Media**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Isotex Health, LLC**
**3505 Quartz Drive**
**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **See creditor: Sky Hemp, LLC, pending in the Fayette Circuit Court Case #19-CI-2183 for additional creditors for notices**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000,000.00**

**Jade Partners, LLC**
**2100 Byberry Road**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note dated November 29, 2018 with personal guarantees with Hemp Processing Agreement dated December 3, 2018**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**James Frazier, Receiver**
**201 E. Main Street, Suite 900**
**Lexington, KY 40507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **state court-appointed receiver of the Debtor on March 13, 2020; listed for purposes of notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**James Monroe Homes**
**2250 Thunderstick Dr Ste 1206**
**Lexington, KY 40505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **Elemental Processing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00** |
|---|---|---|---|

**Jeffrey Lake**
**12463 Rancho Bernardo Road, #147**
**San Diego, CA 92128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insider as co-owner of Debtor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,814.00** |
|---|---|---|---|

**JMM Group, LLC**
**11428 Abbey Rd**
**Mokena, IL 60448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **management consultant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Jonah Mitchell**
**102 Lake St**
**Nicholasville, KY 40356**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,122.00** |
|---|---|---|---|

**Keithly-Williams Seeds**
**PO Box 177**
**Holtville, CA 92250**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,552.00** |
|---|---|---|---|

**Kentuckiana Comfort Center**
**2716 Grassland Dr**
**Louisville, KY 40299**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **service**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,680.00** |
|---|---|---|---|

**Kentucky 21st Century Agri, LLC**
**4342 Van Cleave Rd**
**Murray, KY 42071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Kentucky Utilities**
**PO Box 9001954**
**Louisville, KY 40290-1954**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Elemental Processing, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Lake APC**
**444 West C St Ste 400**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $723.00 |
|---|---|---|---|

**Lane Powell, PC**
**1420 5th Ave Ste 4200**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Langley Foods, Inc.**
**PO Box 709**
**Mount Sterling, KY 40353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **rent owed for cold storage facility**
**amount estimated**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**Lebsock, Bradley**
**1350 West Main Street**
**Sterling, CO 80751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note dated May 14, 2019**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,245.00 |
|---|---|---|---|

**McMaster-Carr**
**PO Box 5370**
**Princeton, NJ 08543-5370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**MH Catalyst, LLC**
**230 S Spring St Ste 400**
**Louisville, KY 40206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,254,619.00 |
|---|---|---|---|

**Montecito Capital Management, Inc.**
**1262 Scott Street**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **insider as co-owner of Debtor at 45%**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Elemental Processing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | **Nonpriority creditor's name and mailing address**

**Nascient Labs**
**9419 Mason Ave Ste C**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

**$8,115.00**

---

**3.74** | **Nonpriority creditor's name and mailing address**

**Natland International**
**300 Bearcat Way Ste 111**
**Morrisville, NC 27560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,350.00**

---

**3.75** | **Nonpriority creditor's name and mailing address**

**Northwest TN Regional Port Authority**
**4480 Cates Landing Rd**
**Tiptonville, TN 38079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.76** | **Nonpriority creditor's name and mailing address**

**NSF International**
**PO Box 130140**
**Ann Arbor, MI 48105-0140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$9,675.00**

---

**3.77** | **Nonpriority creditor's name and mailing address**

**Oakcrest Manor SD, Inc.**
**1262 Scott Street**
**San Diego, CA 92106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$209,972.00**

---

**3.78** | **Nonpriority creditor's name and mailing address**

**OG Consultants, LLC**
**620 Tinton Ave.**
**Tinton, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fayette Circuit Court, Case #19-CI-46**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.79** | **Nonpriority creditor's name and mailing address**

**Omni International**
**935 Cobb Place Blvd Ste C**
**Kennesaw, GA 30144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$86.00**

---

| Debtor | **Elemental Processing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,790.00** |
|---|---|---|---|

**Pentecost Mechanical Services, Inc.**
PO Box 13337
Lexington, KY 40583-3337

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __services__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,150.00** |
|---|---|---|---|

**Phasex Corporation**
135 Flagship Dr
North Andover, MA 01845

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __vendor__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,720.00** |
|---|---|---|---|

**Pope Scientific, Inc.**
351 N Dekora Woods Blvd
Saukville, WI 53080-1684

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __vendor__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Port of Cates Landing**
130 S. Court Street
Tiptonville, TN 38079

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __unpaid rent for warehouse in TN__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$968,058.00** |
|---|---|---|---|

**R&R Capital Management**
20929 Ventura Blvd. Unit 47-135
Woodland Hills, CA 91364

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __business debt__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|

**Regal Communications**
213 Breeze Hill Dr
Winchester, KY 40391

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __vendor__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,739.00** |
|---|---|---|---|

**Regional Industrial Combustion of Ky**
81 Jefferies Ln
PO Box 159
Hustonville, KY 40437

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __vendor__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Elemental Processing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$242,195.00** |
|---|---|---|---|

**Reise**
PO Box 221011
San Diego, CA 92192-1011

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,757.00** |
|---|---|---|---|

**Restek Corporation**
PO Box 4276
Lancaster, PA 17604

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,139.00** |
|---|---|---|---|

**Rexel USA**
PO Box 742833
Atlanta, GA 30374

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113,205.00** |
|---|---|---|---|

**RittLiverpool**
366 N. Main Street
Rittman, OH 44270

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,137.00** |
|---|---|---|---|

**RM Partners Law, LLC**
305 N Peoria St Ste 200
Chicago, IL 60607

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,277.00** |
|---|---|---|---|

**Schneider Industries, Inc.**
121 Hunter Ave Ste 204
Saint Louis, MO 63124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$440,132.00** |
|---|---|---|---|

**SD5050, LLC**
5469 Castlehills Drive
San Diego, CA 92109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Elemental Processing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,635.00** |
|---|---|---|---|

**Selas Heat Technology Company**
**11012 Aurora-Hudson Rd**
**Streetsboro, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sevole**
**PO Box 221011**
**San Diego, CA 92192-1011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __business debt__
__listed for purposes of notice only__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |
|---|---|---|---|

**Sigma-Aldrich**
**PO Box 535182**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sky Hemp LLC**
**409 College Street**
**Bowling Green, KY 42101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __listed for purposes of notice only__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,756.00** |
|---|---|---|---|

**Steel Toe Shoes**
**800 Wisconsin St Mail Box 15**
**Eau Claire, WI 54703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Stephen Hillenmeyer**
**230 Sandersville Rd**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __services__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,515.00** |
|---|---|---|---|

**Stoll Keenon Ogden**
**300 W Vine St Ste 2100**
**Lexington, KY 40507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __legal services__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Elemental Processing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,794.00 |
|---|---|---|---|

**TomCo2 Systems**
**3340 Rosebud Rd**
**Loganville, GA 30052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,344,552.00 |
|---|---|---|---|

**Tony Struyk**
**2120 Capstone Dr Ste 150**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **insider as co-owner of Debtor at 27.5%**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,973.00 |
|---|---|---|---|

**Trane US, Inc.**
**PO Box 845053**
**Dallas, TX 75284-5053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,122,156.00 |
|---|---|---|---|

**Twin Rivers Holdings**
**3261 Ocean Front Walk 1A**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,025.00 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,437.00 |
|---|---|---|---|

**Unisafe, Inc.**
**PO Box 395**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**USA Scientific**
**PO Box 3565**
**Ocala, FL 34478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Elemental Processing, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,217.00 |
|---|---|---|---|

**Vacuum Pump Rebuilders**
**111 Farmhouse Dr**
**Greentown, PA 18426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,964.00 |
|---|---|---|---|

**VWR International LLC**
**PO Box 640169**
**Pittsburgh, PA 15264-0169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,203.00 |
|---|---|---|---|

**Wallace Electrical Systems**
**2853 Ken Gray Blvd Ste 4**
**West Frankfort, IL 62896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $776.00 |
|---|---|---|---|

**Yale Kentuckiana**
**4092 McCollum Ct**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,330.00 |
|---|---|---|---|

**YKI Material Handling Solutions**
**4092 McCollum Ct**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adecco USA, Inc.**<br>**10151 Deerwood Park Blvd Ste 400**<br>**Jacksonville, FL 32256-0566** | Line __3.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Airgas USA, LLC**<br>**259 N Radnor-Chester Rd Ste 100**<br>**Wayne, PA 19087-5283** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Elemental Processing, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Brad Allen Council**<br>**c/o Slovin & Associates Co**<br>**644 Linn Street, #720**<br>**Cincinnati, OH 45203** | Line **3.5**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **Cintas Corporation**<br>**305 Peterson Drive**<br>**Elizabethtown, KY 42701** | Line **3.23**<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | **E-Cargoway Logistics USA, Inc.**<br>**1515 Kona Dr**<br>**Compton, CA 90220** | Line **3.37**<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | **Grainger Industrial Supply**<br>**1351 Georgetown Rd**<br>**Lexington, KY 40511** | Line **3.47**<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | **Greenfield Global**<br>**1101 Isaac Shelby Dr**<br>**Shelbyville, KY 40065** | Line **3.48**<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | **HBK CPAs**<br>**119 E State St**<br>**Alliance, OH 44601** | Line **3.51**<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | **Janet Luo, Esq.**<br>**Sturgill Turner Barker Moloney**<br>**333 W. Vine Street, #1500**<br>**Lexington, KY 40507** | Line **3.97**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **Joseph Wolfe, Esq.**<br>**Wolfe & Houlehan PLLC**<br>**226 N. Upper Street**<br>**Lexington, KY 40507** | Line **3.78**<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | **Kentucky 21st Century Agri, LLC**<br>**2100 Byberry Rd**<br>**Huntingdon Valley, PA 19006** | Line **3.64**<br><br>☐  Not listed. Explain ____ | _ |
| 4.12 | **Kentucky Utilities**<br>**One Quality St**<br>**Lexington, KY 40507-1461** | Line **3.65**<br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | **Michael Allen Hamilton**<br>**108 Vincewood Drive**<br>**Nicholasville, KY 40356** | Line **3.80**<br><br>☐  Not listed. Explain ____ | _ |
| 4.14 | **Nolan Jackson, Esq.**<br>**Frost Brown Todd LLC**<br>**250 W. Main Street #2800**<br>**Lexington, KY 40507** | Line **3.97**<br><br>☐  Not listed. Explain ____ | _ |
| 4.15 | **Paul M. Nalepka, Esq.**<br>**Reisenfeld & Associates, LLC**<br>**3962 Red Bank Road**<br>**Cincinnati, OH 45227** | Line **3.8**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **Elemental Processing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.16 **Rexel USA**<br>**1693 Jaggie Fox Way**<br>**Lexington, KY 40511** | Line __3.89__<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                513,654.00 |
| **5b. Total claims from Part 2** | 5b.  + | $           37,310,115.32 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          37,823,769.32 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Elemental Processing, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases a warehouse on Main Street in Lexington, KY.** |
| State the term remaining | |
| List the contract number of any government contract | **Associates Warehouse GFV 251 Price Rd Lexington, KY 40511-1961** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Lease commencement date on October 1, 2017, through February 28, 2023. Landlord served termination letter dated April 8, 2020, while receiver was in possession of premises; No eviction proceeding has been filed.** |
| State the term remaining | |
| List the contract number of any government contract | **Capstone Group, LLC 2201 Regency Road, Suite 602 Lexington, KY 40503** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **lease for a cold storage facility for oil as approved by Amerra Capital** |
| State the term remaining | |
| List the contract number of any government contract | **Langley Foods, Inc. PO Box 709 Mount Sterling, KY 40353** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Elemental Processing, LLC**                                    Case number *(if known)*
　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases a warehouse at 4480 Cates Landing Road, Tiptonville, TN 38079 and owes $30,000 in back rent @ $5,000 per month.  There is some equipment located thereon.** | |
| | State the term remaining | | **Port of Cates Landing** |
| | List the contract number of any government contract | | **130 S. Court Street** **Tiptonville, TN 38079** |

**Fill in this information to identify the case:**

Debtor name **Elemental Processing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Capstone Farms, LLC** | **c/o Jeffrey Lake 2120 Capstone Drive, #111 Lexington, KY 40511** | **Dotson Partnership** | ☐ D _____ ■ E/F 3.36 ☐ G _____ |
| 2.2 | **Health Source Supply LLC** | **5972 Hastings Road Registered Agent: Shanna Stevens Clinton, WA 98236** | **Sky Hemp LLC** | ☐ D _____ ■ E/F 3.96 ☐ G _____ |
| 2.3 | **Isotex Health LLC** | **3505 Quartz Drive McKinney, TX 75070** | **Sky Hemp LLC** | ☐ D _____ ■ E/F 3.96 ☐ G _____ |
| 2.4 | **Jeffrey Lake** | **12463 Rancho Bernardo Road, #147 San Diego, CA 92128** | **Amerra Capital Management, LLC** | ■ D 2.2 ☐ E/F _____ ☐ G _____ |
| 2.5 | **Jeffrey Lake** | **12463 Rancho Bernardo Road, #147 San Diego, CA 92128** | **MJ83 Holdings, LLC** | ■ D 2.7 ☐ E/F _____ ☐ G _____ |

| Debtor | **Elemental Processing, LLC** | Case number *(if known)* | |
|---|---|---|---|

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Jeffrey Lake** | **12463 Rancho Bernardo Road, #147**<br>**San Diego, CA 92128** | **John Deere Financial** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Jeffrey Lake** | **12463 Rancho Bernardo Road, #147**<br>**San Diego, CA 92128** | **Dynasty Farms, LLC** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Jeffrey Lake** | **12463 Rancho Bernardo Road, #147**<br>**San Diego, CA 92128** | **Jade Partners, LLC** | ☐ D _____<br>■ E/F ___3.56___<br>☐ G _____ |
| 2.9 | **Jeffrey Lake** | **12463 Rancho Bernardo Road, #147**<br>**San Diego, CA 92128** | **Airgas USA, LLC** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.10 | **Jeffrey Lake** | **12463 Rancho Bernardo Road, #147**<br>**San Diego, CA 92128** | **Pentecost Mechanical Services, Inc.** | ☐ D _____<br>■ E/F ___3.79___<br>☐ G _____ |
| 2.11 | **Pragma Scientific, LLC** | **11650 Olio Road Ste. 1000211**<br>**Fishers, IN 46037** | **Dynasty Farms, LLC** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Tony Struyk** | **2120 Capstone Dr Ste 150**<br>**Lexington, KY 40511** | **Amerra Capital Management, LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Tony Struyk** | **2120 Capstone Dr Ste 150**<br>**Lexington, KY 40511** | **MJ83 Holdings, LLC** | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Elemental Processing, LLC** | Case number *(if known)* | |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.14 | **Tony Struyk** | 2120 Capstone Dr Ste 150<br>Lexington, KY 40511 | **John Deere Financial** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Tony Struyk** | 2120 Capstone Dr Ste 150<br>Lexington, KY 40511 | **Dynasty Farms, LLC** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Tony Struyk** | 2120 Capstone Dr Ste 150<br>Lexington, KY 40511 | **Jade Partners, LLC** | ☐ D _____<br>■ E/F   **3.56**<br>☐ G _____ |
| 2.17 | **Tony Struyk** | 2120 Capstone Dr Ste 150<br>Lexington, KY 40511 | **Airgas USA, LLC** | ☐ D _____<br>■ E/F   **3.8**<br>☐ G _____ |
| 2.18 | **Tony Struyk** | 2120 Capstone Dr Ste 150<br>Lexington, KY 40511 | **Pentecost Mechanical Services, Inc.** | ☐ D _____<br>■ E/F   **3.79**<br>☐ G _____ |
| 2.19 | **William D. Furnish** | 1320 Kentucky Hwy 982<br>Cynthiana, KY 41031 | **Dotson Partnership** | ☐ D _____<br>■ E/F   **3.36**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Elemental Processing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,092,000.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$20,955,525.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>**Gross sales as reported on Schedule F of Form 1040**<br>☐ Other _____ | **$7,734,107.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | **rental income** | **$10,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Elemental Processing, LLC** | Case number *(if known)* _____ |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached list of Payments** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Para. 30 below.** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Various Hemp Growers** | **On or about March 12/13, 2020, various growers entered the Debtor's premises and took possession of their property and physically forced the Debtor's president aside to gain access. Debtor makes this disclosure to notify the court and all interested parties.** | **March 12 or 13, 2020** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Amerra Capital Management, LLC**<br>**Attn: Any Officer**<br>**1140 6th Ave Fl 18**<br>**New York, NY 10036-5803** | **Amerra Capital setoff on 3/9/2020 $11,561.77 from Citizens Union account and 2/7/2020 $616.62 from Fifth Third Bank**<br>Last 4 digits of account number: _____ | | **$0.00** |

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Elemental Processing, LLC** | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Amerra Capital v. Debtor**<br>**20-CI-907** | **collection and foreclosure of personal property receiver appointed: James Frazier on March 13, 2020** | **Fayette Circuit Court**<br>**Robert F. Stephens**<br>**Courthouse**<br>**120 North Limestone**<br>**Lexington, KY 40507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Airgas USA LLC v. Debtor**<br>**20-CI-1048** | **collection of a debt**<br>**complaint filed on March 15, 2020** | **Fayette Circuit Court**<br>**Robert F. Stephens**<br>**Courthouse**<br>**120 North Limestone**<br>**Lexington, KY 40507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Pentecost Mechanical v. Debtor**<br>**20-CI-998** | **collection of a debt**<br>**complaint filed on 3/15/2020** | **Fayette Circuit Court**<br>**Robert F. Stephens**<br>**Courthouse**<br>**120 North Limestone**<br>**Lexington, KY 40507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Aggreko, LLC. v. Debtor**<br>**19-CI-4387** | **collection of a debt**<br>**complaint filed on 12/11/2019**<br>**answer filed on 1/14/2020** | **Fayette Circuit Court**<br>**Robert F. Stephens**<br>**Courthouse**<br>**120 North Limestone**<br>**Lexington, KY 40507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Debtor v. Kari Allee**<br>**19-CI-2979** | **Debtor sought restraining order/order granted 8/29/2019**<br>**complaint filed 8/15/2019** | **Fayette Circuit Court**<br>**Robert F. Stephens**<br>**Courthouse**<br>**120 North Limestone**<br>**Lexington, KY 40507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **SKY Hemp, LLC v. Isotex Health, Debtor, et. al.**<br>**19-CI-2183** | **collection of a debt**<br>**complaint filed 6/14/2019**<br>**answers filed 7/8/2019 and 8/5/2019**<br>**Order for Arbitration** | **Fayette Circuit Court**<br>**Robert F. Stephens**<br>**Courthouse**<br>**120 North Limestone**<br>**Lexington, KY 40507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Dotson Partnership v. Capstone Farms, LLC, Debtor, et.al.**<br>**19-CI-954** | **collection of a debt**<br>**complaint filed 3/15/2019**<br>**answers filed 5/31/2019, 5/31/2019, 5/31/2019** | **Fayette Circuit Court**<br>**Robert F. Stephens**<br>**Courthouse**<br>**120 North Limestone**<br>**Lexington, KY 40507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Elemental Processing, LLC**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.8. **OG Consultants, LLC v. Debtor**<br>**19-CI-46** | **collection of a debt complaint filed 1/7/2019 default judgment obtained 2/11/2019, which was set aside in part** | **Fayette Circuit Court**<br>**Robert F. Stephens**<br>**Courthouse**<br>**120 North Limestone**<br>**Lexington, KY 40507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Amerra Capital Management, LLC**<br>**Attn:  Any Officer**<br>**1140 6th Ave Fl 18**<br>**New York, NY 10036-5803** | **Amerra Capital filed a foreclosure action in the Fayette Circuit Court on March 6, 2020 and the judge appointed James Frazier as receiver by Order entered on March 13, 2020.** | **$0.00** |
| | **Case title**<br>**Amerra Capital v. Debtor**<br>**Case number**<br>**20-CI-907**<br>**Date of order or assignment**<br>**3/13/2020** | **Court name and address**<br>**Fayette Circuit Court**<br>**110 N. Limestone Street**<br>**Courthouse**<br>**Lexington, KY 40507** |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Small misc. items have been stolen. CBD oil was reported stolen but some recovered.** | | | **Unknown** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

Debtor    **Elemental Processing, LLC**                                    Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bunch & Brock, PSC 271 W. Short Street 805 Security Trust Building Lexington, KY 40507-1217** | **Attorney Fees** | **3/11/2020 $25,000 3/12/2020 $25,000** | **$50,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | **Elemental Processing, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑  No.
   ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑  No. Go to Part 10.
   ☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Associates Warehouse GFV 251 Price Rd Lexington, KY 40511-1961** | **Debtor has rented a location for storage of hemp under applicable state license. Location: 1301 W. Main Street, Warehouse #31, Lexington, KY 40511** | **hemp** | ☐ No ☑ Yes |
| **Port of Cates Landing 130 S. Court Street Tiptonville, TN 38079** | **Debtor has location for storage of assets in Tennessee. Location: 4480 Cates Landing Road, Tiptonville, TN 38079** | **equipment - estimated value is under $100,000** | ☐ No ☑ Yes |

---

Debtor    **Elemental Processing, LLC**                                    Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Langley Foods, Inc.**<br>**PO Box 709**<br>**Mount Sterling, KY 40353** | **cold storage facility for oil as approved by Amerra Capital. A substantial amount of Debtor's oil is located at this premises**<br>**Location: 256 Midland Trail, Mount Sterling, KY 40353** | **oil** | ☐ No<br>■ Yes |
| **Capstone Group, LLC**<br>**2201 Regency Road, Suite 602**<br>**Lexington, KY 40503** | **Lease of primary business and office**<br>**Location: 2120 Capstone Drive, Ste. 111, Lexington, KY 40511** | | ☐ No<br>■ Yes |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various farmers for biomass and one corn grinder** | | **various hemp products** | **Unknown** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **Elemental Processing, LLC**                                                Case number *(if known)* _____

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **In house bookkeeping by Debtor employees** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
   within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **HBK CPAs and Consultants**<br>**6603 Summit Drive**<br>**Canfield, OH 44406** | **On November 15, 2019, HBK prepared "Financial Statements and Supplementary Information" as of June 30, 2019, showing total assets of $41,606,445** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **James Frazier, Receiver** | **receiver has books and records since March 13, 2020** |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
   statement within 2 years before filing this case.

   ☐ None

**Name and address**

Debtor    **Elemental Processing, LLC**                                    Case number *(if known)* _____

| Name and address |
| --- |
| 26d.1.    **numerous creditors** |

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **In house / Debtor** | **12/31/2018 and 12/31/2019** | inventory reports available upon proven need and request |

| | Name and address of the person who has possession of inventory records |
| --- | --- |
| | **none** |

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Jeffrey Lake** | **12463 Rancho Bernardo Road, #147 San Diego, CA 92128** | **President and co-owner of Debtor** | **27.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Tony Struyk** | **2120 Capstone Dr Ste 150 Lexington, KY 40511** | **CEO and CFO and co-owner of Debtor** | **27.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Montecito Capital Management, Inc.** | **1262 Scott Street San Diego, CA 92106** | **co-owner of Debtor - Tony Struyk owns and controls Montecito Capital Management, Inc.** | **45%** |

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

---

Debtor   **Elemental Processing, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Lake APC**<br>**12463 Rancho Bernardo**<br>**Road, #147**<br>**San Diego, CA 92128** | **4/25/2019 ck#10278 $20,000 legal fees**<br>**5/24/2019 ck#10537 $2,350**<br>**license/filing/other fees**<br>**6/13/2019 ck#10553 $5,000 legal fees**<br>**6/25/2019 $15,000 legal fees**<br>**8/26/2019 ck#5019 $25,000 legal fees**<br>**10/28/2019 ck#6243 $10,000 legal fees**<br>**11/15/2019 ck#5222 $10,000 legal fees**<br>**11/20/2019 ck#6088 $3,000 legal fees**<br>**03/03/2020 ck#10582 $10,000 legal fees**<br>**03/12/2020 ck#15093 $10,000 legal fees** | | |
| | Relationship to debtor<br>**co-owner / president** | | | |
| 30.2. | **Tony Struyk**<br>**2120 Capstone Dr Ste 150**<br>**Lexington, KY 40511** | **03/04/2020 $10,000**<br>**03/12/2020 ck#15096 $10,000** | | |
| | Relationship to debtor<br>**co-owner / CEO / CFO** | | | |
| 30.3. | **Paid Employees** | **various regular paid wages in the normal course of business** | **In 2018, the Debtor reported W-2 wages for its employees at $1,696,430.** | **See attached list of payments to employees for last 90 days.** |
| | Relationship to debtor<br>**employees** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Elemental Processing, LLC**                                    Case number *(if known)* _____

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2020**
_____

**/s/ Tony Struyk**                                    **Tony Struyk**
_____                    _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO and CFO**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Payments in Last 90 Days

**5/3 - 0296 Bank Balance: 65814.99 Ending Balance: $57,662.52**

**Date:  Custom☐**

| Date | Ref No. | Payee | Memo | Payment | Deposit | Reconciliation Status | Balance | Type | Account | Added in Banking |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/03/2020 | 11511 | Trenton Davis | 3/14/20-3/27/20 | $1,013.28 | | | 57,662.52 | Check | | |
| 04/03/2020 | 11526 | Damario White | 3/14/20-3/27/20 | $119.13 | | | 58,675.80 | Check | | |
| 04/03/2020 | 11531 | David Brosseit | 3/14/20-3/27/20 | $858.49 | | | 58,794.93 | Check | | |
| 04/03/2020 | 11534 | Trinity Eder | 3/14/20-3/27/20 | $681.71 | | | 59,653.42 | Check | | |
| 04/03/2020 | 11538 | Ronald Rogers | 3/14/20-3/27/20 | $919.70 | | | 60,335.13 | Check | | |
| 04/03/2020 | 11539 | Gerardo Ruiz | 3/14/20-3/27/20 | $884.23 | | | 61,254.83 | Check | | |
| 04/03/2020 | 11545 | Rufino Flores | 3/14/20-3/27/20 | $920.85 | | | 62,139.06 | Check | | |
| 04/03/2020 | 11548 | Leonardo Lorenzo | 3/14/20-3/27/20 | $762.42 | | | 63,059.91 | Check | | |
| 04/03/2020 | 11563 | Jared Anderson | 3/14/20-3/27/20 | $1,455.66 | | | 63,822.33 | Check | | |
| 03/20/2020 | 11470 | Gerardo Ruiz | 2/29/20-3/13/20 | $420.59 | | | 65,277.99 | Check | | |
| 03/06/2020 | 11399 | Richard Leddy | 2/16/20-2/29/20 | $116.41 | | | 65,698.58 | Check | | |
| 04/13/2020 | | Langley Foods Inc | | $10,900.00 | | Cleared | 65,814.99 | Expense | Accounts Payable | Manually added |
| 04/13/2020 | | HD Distribution | | | $3,060.00 | Cleared | 76,714.99 | Deposit | Accounts Receivable | Manually added |
| 04/10/2020 | | Pay Chex | | $111.30 | | Cleared | 73,654.99 | Expense | Payroll Processing Fees | Manually added |
| 04/10/2020 | | Amerra | | | $10,900.00 | Cleared | 73,766.29 | Deposit | Loan from Amerra | Manually added |
| 04/07/2020 | | Happy Homes | | | $1,800.00 | Cleared | 62,866.29 | Deposit | Rent Expense | Manually added |
| 04/03/2020 | | Happy Homes | | $1,800.00 | | Cleared | 61,066.29 | Expense | Rent Expense | Manually added with rule |
| 04/03/2020 | | Amerra | | | $120,000.00 | Cleared | 62,866.29 | Deposit | Loan from Amerra | Manually added |
| 04/03/2020 | | Pay Chex | | $565.10 | | Cleared | -57,133.71 | Expense | Payroll Processing Fees | Manually added |
| 04/03/2020 | 11507 | Ruben Addison | 3/14/20-3/27/20 | $953.45 | | Cleared | -56,568.61 | Check | | Manually matched |
| 04/03/2020 | 11508 | Alexander Adu | 3/14/20-3/27/20 | $1,055.74 | | Cleared | -55,615.16 | Check | | Manually matched |
| 04/03/2020 | 11509 | Oppong Ansu | 3/14/20-3/27/20 | $1,020.23 | | Cleared | -54,559.42 | Check | | Manually matched |
| 04/03/2020 | 11510 | Brian Artley | 3/14/20-3/27/20 | $893.49 | | Cleared | -53,539.19 | Check | | Manually matched |
| 04/03/2020 | 11512 | Kwaku Frimpong | 3/14/20-3/27/20 | $733.71 | | Cleared | -52,645.70 | Check | | Manually matched |
| 04/03/2020 | 11513 | Alex Hall | 3/14/20-3/27/20 | $579.93 | | Cleared | -51,911.99 | Check | | Manually matched |
| 04/03/2020 | 11514 | Avery Henning | 3/14/20-3/27/20 | $952.29 | | Cleared | -51,332.06 | Check | | Manually matched |

| Date | Check# | Name | Date2 | Amount | Status | Balance | Type | Match |
|---|---|---|---|---|---|---|---|---|
| | | Hinneh | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11515 | Safaad | 3/27/20 | $974.28 | Cleared | -50,379.77 | Check | matched |
| | | Adrian | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11516 | Jackson | 3/27/20 | $1,085.71 | Cleared | -49,405.49 | Check | matched |
| | | | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11517 | Jay Jones | 3/27/20 | $1,322.93 | Cleared | -48,319.78 | Check | matched |
| | | | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11518 | Rudolf Kwe | 3/27/20 | $347.19 | Cleared | -46,996.85 | Check | matched |
| | | Trinidad | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11519 | Lima | 3/27/20 | $985.72 | Cleared | -46,649.66 | Check | matched |
| | | | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11520 | Paul Nsiah | 3/27/20 | $661.82 | Cleared | -45,663.94 | Check | matched |
| | | Rachel | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11521 | Oberle | 3/27/20 | $513.29 | Cleared | -45,002.12 | Check | matched |
| | | Karen | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11522 | Orellana | 3/27/20 | $621.97 | Cleared | -44,488.83 | Check | matched |
| | | Robert | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11523 | Thomas | 3/27/20 | $762.36 | Cleared | -43,866.86 | Check | matched |
| | | Jennifer | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11524 | Wagner | 3/27/20 | $575.53 | Cleared | -43,104.50 | Check | matched |
| | | Marjorie | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11525 | Wells | 3/27/20 | $869.08 | Cleared | -42,528.97 | Check | matched |
| | | Candice | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11527 | Wireman | 3/27/20 | $223.29 | Cleared | -41,659.89 | Check | matched |
| | | William | 2/29/20- | | | | | Manually |
| 04/03/2020 | 11528 | Wireman | 3/13/20 | $316.82 | Cleared | -41,436.60 | Check | matched |
| | | Courtney | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11529 | Boggs | 3/27/20 | $620.19 | Cleared | -41,119.78 | Check | matched |
| | | Kimberly | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11530 | Boggs | 3/27/20 | $321.00 | Cleared | -40,499.59 | Check | matched |
| | | Gordon | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11532 | Chaney | 3/27/20 | $936.24 | Cleared | -40,178.59 | Check | matched |
| | | Rebecca | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11533 | Eder | 3/27/20 | $514.46 | Cleared | -39,242.35 | Check | matched |
| | | Erick | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11535 | Gonzalez | 3/27/20 | $1,460.70 | Cleared | -38,727.89 | Check | matched |
| | | Jonathan | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11536 | Marquez | 3/27/20 | $273.16 | Cleared | -37,267.19 | Check | matched |
| | | Kimberly | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11537 | Nader | 3/27/20 | $643.36 | Cleared | -36,994.03 | Check | matched |
| | | | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11540 | Alexis Ruiz | 3/27/20 | $945.14 | Cleared | -36,350.67 | Check | matched |
| | | Isaac | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11541 | Sizemore | 3/27/20 | $930.45 | Cleared | -35,405.53 | Check | matched |
| | | Joseph | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11542 | Tackett | 3/27/20 | $266.05 | Cleared | -34,475.08 | Check | matched |
| | | Darlene | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11543 | Terry | 3/27/20 | $786.78 | Cleared | -34,209.03 | Check | matched |
| | | | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11544 | Jose Flores | 3/27/20 | $1,107.00 | Cleared | -33,422.25 | Check | matched |
| | | Miguel | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11546 | Garcia | 3/27/20 | $1,064.51 | Cleared | -32,315.25 | Check | matched |
| | | Eduardo | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11547 | Godinez | 3/27/20 | $379.03 | Cleared | -31,250.74 | Check | matched |
| | | Diana | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11549 | Martinez | 3/27/20 | $721.35 | Cleared | -30,871.71 | Check | matched |
| | | Rafeal | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11550 | Medina | 3/27/20 | $624.62 | Cleared | -30,150.36 | Check | matched |
| | | Nixon | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11551 | Polanco | 3/27/20 | $544.01 | Cleared | -29,525.74 | Check | matched |
| | | Eleuterio | 3/14/20- | | | | | Manually |
| 04/03/2020 | 11552 | Ramirez | 3/27/20 | $459.84 | Cleared | -28,981.73 | Check | matched |

| Date | Num | Name | Date | Amount | Deposit | Status | Balance | Type | Category | Entry |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/03/2020 | 11553 | Manuel Rodriguez Romero | 3/14/20- 3/27/20 | $1,472.07 | | Cleared | -28,521.89 | Check | | Manually matched |
| 04/03/2020 | 11554 | Cruz | 3/14/20- 3/27/20 | $972.05 | | Cleared | -27,049.82 | Check | | Manually matched |
| 04/03/2020 | 11555 | Eliazar Ruiz Lus Rebollo | 3/14/20- 3/27/20 | $714.61 | | Cleared | -26,077.77 | Check | | Manually matched |
| 04/03/2020 | 11556 | Sanabria Casto | 3/14/20- 3/27/20 | $321.68 | | Cleared | -25,363.16 | Check | | Manually matched |
| 04/03/2020 | 11557 | Sanchez Leonor | 3/14/20- 3/27/20 | $928.94 | | Cleared | -25,041.48 | Check | | Manually matched |
| 04/03/2020 | 11558 | Serrano | 3/14/20- 3/27/20 | $972.05 | | Cleared | -24,112.54 | Check | | Manually matched |
| 04/03/2020 | 11559 | Arturo Solis Julius | 3/14/20- 3/27/20 | $1,101.87 | | Cleared | -23,140.49 | Check | | Manually matched |
| 04/03/2020 | 11560 | Wakefield Ebengo | 3/14/20- 3/27/20 | $414.43 | | Cleared | -22,038.62 | Check | | Manually matched |
| 04/03/2020 | 11561 | Wasokye Marisol | 3/14/20- 3/27/20 | $504.56 | | Cleared | -21,624.19 | Check | | Manually matched |
| 04/03/2020 | 11562 | Zarate Raymond | 3/14/20- 3/27/20 | $978.41 | | Cleared | -21,119.63 | Check | | Manually matched |
| 04/03/2020 | 11564 | Borja Erica | 3/14/20- 3/27/20 | $1,203.00 | | Cleared | -20,141.22 | Check | | Manually matched |
| 04/03/2020 | 11565 | Perkins Karina | 3/14/20- 3/27/20 | $372.48 | | Cleared | -18,938.22 | Check | | Manually matched |
| 04/03/2020 | 11566 | Sanabria Marc | 2/16/20- 2/29/20 | $790.19 | | Cleared | -18,565.74 | Check | | Manually matched |
| 04/03/2020 | 11567 | Andros | 3/14/20- 3/27/20 | $3,485.62 | | Cleared | -17,775.55 | Check | | Manually matched |
| 04/03/2020 | 11568 | Frank Leon Frank | 3/14/20- 3/27/20 | $3,846.15 | | Cleared | -14,289.93 | Check | Professional Fees | Manually matched |
| 04/03/2020 | 11569 | Vickers Blade | | $630.00 | | Cleared | -10,443.78 | Check | Electrical Repairs | Manually matched |
| 04/03/2020 | 11570 | Gregory | 2/29/20- 3/13/20 | $1,291.31 | | Cleared | -9,813.78 | Check | | Manually matched |
| 04/03/2020 | 11571 | Rick Guest | 2/16/20- 2/29/20 | $8,512.94 | | Cleared | -8,522.47 | Check | | Manually matched |
| 04/03/2020 | 11572 | Scott Kruse | 3/13/20 2/29/20- | $4,204.48 | | Cleared | -9.53 | Check | | Manually matched |
| 04/03/2020 | 11573 | Monteia Mundy | 3/13/20 2/29/20- | $1,826.11 | | Cleared | 4,194.95 | Check | | Manually matched |
| 04/03/2020 | 11574 | Alberto Velasco | 3/13/20 2/29/20- | $2,079.91 | | Cleared | 6,021.06 | Check | | Manually matched |
| 04/03/2020 | 11575 | Megan Walsh | 3/13/20 | $1,908.21 | | Cleared | 8,100.97 | Check | | Manually matched |
| 04/02/2020 | | Pay Chex | | $192.92 | | Cleared | 10,009.18 | Expense | Payroll Liabilities:Involuntary Withholding Accounts | Manually added |
| 03/31/2020 | | Happy Homes | | $1,800.00 | | Cleared | 10,202.10 | Bill Payment | Payable | Manually added |
| 03/27/2020 | 11460 | Courtney Boggs | 2/29/20- 3/13/20 | $1,026.84 | | Cleared | 12,002.10 | Check | | Manually matched |
| 03/27/2020 | 11461 | Kimberly Boggs | 2/29/20- 3/13/20 | $799.07 | | Cleared | 13,028.94 | Check | | Manually matched |
| 03/27/2020 | | Amerra | | | $1,200.00 | Cleared | 13,828.01 | Deposit | Loan from Amerra | Manually added |
| 03/25/2020 | | Internal Revenue Service | | $19,559.14 | | Cleared | 12,628.01 | Expense | | Manually added |
| 03/25/2020 | | | | $349.27 | | Cleared | 32,187.15 | Expense | Insurance | Manually added |

| Date | Num | Name | | Amount | | Status | Balance | Type | Category | Memo |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/23/2020 | | KU | | $79.32 | | Cleared | 32,536.42 | Expense | Utilities | Manually added with rule |
| 03/23/2020 | | | | $401.10 | | Cleared | 32,615.74 | Expense | | Manually added |
| 03/23/2020 | | | | $620.23 | | Cleared | 33,016.84 | Expense | | Manually added |
| 03/23/2020 | | | | $539.00 | | Cleared | 33,637.07 | Expense | COGS:Farming Expense | Manually added |
| 03/23/2020 | 11500 | Marc Andros | | $6,923.07 | | Cleared | 34,176.07 | Check | Professional Fees | Manually added |
| 03/20/2020 | | Pay Chex | | $494.94 | | Cleared | 41,099.14 | Expense | Payroll Processing Fees | Manually added |
| 03/20/2020 | 11437 | Ruben Addison | 2/29/20- 3/13/20 | $775.91 | | Cleared | 41,594.08 | Check | | Manually matched |
| 03/20/2020 | 11438 | Alexander Adu Oppong | 2/29/20- 3/13/20 | $1,211.40 | | Cleared | 42,369.99 | Check | | Manually matched |
| 03/20/2020 | 11439 | Ansu | 2/29/20- 3/13/20 | $1,393.82 | | Cleared | 43,581.39 | Check | | Manually matched |
| 03/20/2020 | 11440 | Brian Artley | 2/29/20- 3/13/20 | $997.63 | | Cleared | 44,975.21 | Check | | Manually matched |
| 03/20/2020 | 11441 | John Chapo Trenton | 2/29/20- 3/13/20 | $928.25 | | Cleared | 45,972.84 | Check | | Manually matched |
| 03/20/2020 | 11442 | Davis Kwaku | 2/29/20- 3/13/20 | $1,044.85 | | Cleared | 46,901.09 | Check | | Manually matched |
| 03/20/2020 | 11443 | Frimpong | 2/29/20- 3/13/20 | $1,133.57 | | Cleared | 47,945.94 | Check | | Manually matched |
| 03/20/2020 | 11444 | Alex Hall | 2/29/20- 3/13/20 | $940.18 | | Cleared | 49,079.51 | Check | | Manually matched |
| 03/20/2020 | 11445 | Avery Henning Hinneh | 2/29/20- 3/13/20 | $967.95 | | Cleared | 50,019.69 | Check | | Manually matched |
| 03/20/2020 | 11446 | Safaad | 2/29/20- 3/13/20 | $1,120.20 | | Cleared | 50,987.64 | Check | | Manually matched |
| 03/20/2020 | 11447 | Adrian Jackson | 2/29/20- 3/13/20 | $1,034.81 | | Cleared | 52,107.84 | Check | | Manually matched |
| 03/20/2020 | 11448 | Jay Jones | 2/29/20- 3/13/20 | $1,286.12 | | Cleared | 53,142.65 | Check | | Manually matched |
| 03/20/2020 | 11449 | Rudolf Kwe Trinidad | 2/29/20- 3/13/20 | $1,152.55 | | Cleared | 54,428.77 | Check | | Manually matched |
| 03/20/2020 | 11450 | Lima | 2/29/20- 3/13/20 | $1,124.09 | | Cleared | 55,581.32 | Check | | Manually matched |
| 03/20/2020 | 11451 | Paul Nsiah | 2/16/20- 2/29/20 | $1,105.10 | | Cleared | 56,705.41 | Check | | Manually matched |
| 03/20/2020 | 11452 | Rachel Oberle | 2/29/20- 3/13/20 | $706.78 | | Cleared | 57,810.51 | Check | | Manually matched |
| 03/20/2020 | 11453 | Karen Orellana | 2/29/20- 3/13/20 | $598.09 | | Cleared | 58,517.29 | Check | | Manually matched |
| 03/20/2020 | 11454 | Robert Thomas | 2/29/20- 3/13/20 | $1,078.79 | | Cleared | 59,115.38 | Check | | Manually matched |
| 03/20/2020 | 11455 | Jennifer Wagner | 2/29/20- 3/13/20 | $911.75 | | Cleared | 60,194.17 | Check | | Manually matched |
| 03/20/2020 | 11456 | Marjorie Wells | 2/29/20- 3/13/20 | $1,046.49 | | Cleared | 61,105.92 | Check | | Manually matched |
| 03/20/2020 | 11457 | Damario White | 2/29/20- 3/13/20 | $1,013.70 | | Cleared | 62,152.41 | Check | | Manually matched |
| 03/20/2020 | 11458 | Candice Wireman | 2/29/20- 3/13/20 | $740.88 | | Cleared | 63,166.11 | Check | | Manually matched |
| 03/20/2020 | 11459 | William Wireman | 2/29/20- 3/13/20 | $1,092.00 | | Cleared | 63,906.99 | Check | | Manually matched |
| 03/20/2020 | | Amerra | | | $2,000.00 | Cleared | 64,998.99 | Deposit | Loan from Amerra | Manually added |

| | | David | 2/29/20- | | | | Manually |
|---|---|---|---|---|---|---|---|
| 03/20/2020 | 11462 | Brosseit | 3/13/20 | $462.62 | Cleared 62,998.99 | Check | matched |
| | | Gordon | 2/29/20- | | | | Manually |
| 03/20/2020 | 11463 | Chaney | 3/13/20 | $1,082.33 | Cleared 63,461.61 | Check | matched |
| | | Rebecca | 2/29/20- | | | | Manually |
| 03/20/2020 | 11464 | Eder | 3/13/20 | $852.47 | Cleared 64,543.94 | Check | matched |
| | | Trinity Eder | 2/29/20- | | | | Manually |
| 03/20/2020 | 11465 | Erick | 3/13/20 | $810.36 | Cleared 65,396.41 | Check | matched |
| | | Gonzalez | 2/29/20- | | | | Manually |
| 03/20/2020 | 11466 | Jonathan | 3/13/20 | $1,462.03 | Cleared 66,206.77 | Check | matched |
| | | Marquez | 2/29/20- | | | | Manually |
| 03/20/2020 | 11467 | Kimberly | 3/13/20 | $899.98 | Cleared 67,668.80 | Check | matched |
| | | Nader | 2/29/20- | | | | Manually |
| 03/20/2020 | 11468 | Ronald | 3/13/20 | $811.42 | Cleared 68,568.78 | Check | matched |
| | | Rogers | 2/29/20- | | | | Manually |
| 03/20/2020 | 11469 | | 3/13/20 | $197.10 | Cleared 69,380.20 | Check | matched |
| | | Alexis Ruiz | 2/29/20- | | | | Manually |
| 03/20/2020 | 11471 | Isaac | 3/13/20 | $850.90 | Cleared 69,577.30 | Check | matched |
| | | Sizemore | 2/29/20- | | | | Manually |
| 03/20/2020 | 11472 | Steven | 3/13/20 | $487.39 | Cleared 70,428.20 | Check | matched |
| | | Skaggs | 2/29/20- | | | | Manually |
| 03/20/2020 | 11473 | Joseph | 3/13/20 | $261.67 | Cleared 70,915.59 | Check | matched |
| | | Tackett | 2/16/20- | | | | Manually |
| 03/20/2020 | 11474 | Darlene | 2/29/20 | $779.93 | Cleared 71,177.26 | Check | matched |
| | | Terry | 2/29/20- | | | | Manually |
| 03/20/2020 | 11475 | | 3/13/20 | $944.55 | Cleared 71,957.19 | Check | matched |
| | | Jose Flores | 2/29/20- | | | | Manually |
| 03/20/2020 | 11476 | Rufino | 3/13/20 | $1,118.46 | Cleared 72,901.74 | Check | matched |
| | | Flores | 2/29/20- | | | | Manually |
| 03/20/2020 | 11477 | Miguel | 3/13/20 | $1,084.82 | Cleared 74,020.20 | Check | matched |
| | | Garcia | 2/29/20- | | | | Manually |
| 03/20/2020 | 11478 | Eduardo | 3/13/20 | $1,092.75 | Cleared 75,105.02 | Check | matched |
| | | Godinez | 2/29/20- | | | | Manually |
| 03/20/2020 | 11479 | Leonardo | 3/13/20 | $715.34 | Cleared 76,197.77 | Check | matched |
| | | Lorenzo | 2/29/20- | | | | Manually |
| 03/20/2020 | 11480 | Diana | 3/13/20 | $1,121.08 | Cleared 76,913.11 | Check | matched |
| | | Martinez | 2/29/20- | | | | Manually |
| 03/20/2020 | 11481 | Rafeal | 3/13/20 | $756.53 | Cleared 78,034.19 | Check | matched |
| | | Medina | 2/29/20- | | | | Manually |
| 03/20/2020 | 11482 | Gonzalo | 3/13/20 | $737.82 | Cleared 78,790.72 | Check | matched |
| | | Mendoza | 2/16/20- | | | | Manually |
| 03/20/2020 | 11483 | Nixon | 2/29/20 | $758.24 | Cleared 79,528.54 | Check | matched |
| | | Polanco | 2/29/20- | | | | Manually |
| 03/20/2020 | 11484 | Eleuterio | 3/13/20 | $1,047.36 | Cleared 80,286.78 | Check | matched |
| | | Ramirez | 2/29/20- | | | | Manually |
| 03/20/2020 | 11485 | Manuel | 3/13/20 | $800.87 | Cleared 81,334.14 | Check | matched |
| | | Rodriguez | 2/29/20- | | | | Manually |
| 03/20/2020 | 11486 | Romero | 3/13/20 | $1,459.05 | Cleared 82,135.01 | Check | matched |
| | | Cruz | 2/29/20- | | | | Manually |
| 03/20/2020 | 11487 | | 3/13/20 | $883.42 | Cleared 83,594.06 | Check | matched |
| | | Eliazar Ruiz | 2/29/20- | | | | Manually |
| 03/20/2020 | 11488 | Casto | 3/13/20 | $908.51 | Cleared 84,477.48 | Check | matched |
| | | Sanchez | 2/29/20- | | | | Manually |
| 03/20/2020 | 11489 | Leonor | 3/13/20 | $1,195.36 | Cleared 85,385.99 | Check | matched |
| | | Serrano | 2/16/20- | | | | Manually |
| 03/20/2020 | 11490 | | 2/29/20 | $883.44 | Cleared 86,581.35 | Check | matched |
| | | Arturo Solis | 2/16/20- | | | | Manually |
| 03/20/2020 | 11491 | Julius | 2/29/20 | $1,118.38 | Cleared 87,464.79 | Check | matched |
| | | Wakefield | 2/29/20- | | | | Manually |
| 03/20/2020 | 11492 | Ebengo | 3/13/20 | $668.88 | Cleared 88,583.17 | Check | matched |
| | | Wasokye | 2/16/20- | | | | Manually |
| 03/20/2020 | 11493 | | 2/29/20 | $889.51 | Cleared 89,252.05 | Check | matched |

| Date | Num | Name | Date2 | Amount | Deposit | Status | Balance | Type | Category | Method |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/2020 | 11494 | Marisol Zarate | 2/16/20-2/29/20 2/29/20- | $855.10 | | Cleared | 90,141.56 | Check | | Manually matched |
| 03/20/2020 | 11495 | Jared Anderson | 3/13/20 2/16/20- | $1,425.61 | | Cleared | 90,996.66 | Check | | Manually matched |
| 03/20/2020 | 11496 | Raymond Borja | 2/29/20 2/29/20- | $1,203.00 | | Cleared | 92,422.27 | Check | | Manually matched |
| 03/20/2020 | 11497 | Bradley Eder | 3/13/20 2/29/20- | $872.75 | | Cleared | 93,625.27 | Check | | Manually matched |
| 03/20/2020 | 11498 | Erica Perkins | 3/13/20 2/16/20- | $1,238.78 | | Cleared | 94,498.02 | Check | | Manually matched |
| 03/20/2020 | 11499 | Karina Sanabria | 2/29/20 2/29/20- | $868.70 | | Cleared | 95,736.80 | Check | | Manually matched |
| 03/20/2020 | 11501 | Blade Gregory | 3/13/20 2/16/20- | $1,291.29 | | Cleared | 96,605.50 | Check | | Manually matched |
| 03/20/2020 | 11502 | Rick Guest | 2/29/20 2/29/20- | $2,224.44 | | Cleared | 97,896.79 | Check | | Manually matched |
| 03/20/2020 | 11503 | Scott Kruse | 3/13/20 2/29/20- | $2,348.75 | | Cleared | 100,121.23 | Check | | Manually matched |
| 03/20/2020 | 11504 | Monteia Mundy | 3/13/20 2/29/20- | $1,826.10 | | Cleared | 102,469.98 | Check | | Manually matched |
| 03/20/2020 | 11505 | Alberto Velasco | 3/13/20 2/29/20- | $1,929.91 | | Cleared | 104,296.08 | Check | | Manually matched |
| 03/20/2020 | 11506 | Megan Walsh | 3/13/20 | $1,354.37 | | Cleared | 106,225.99 | Check | | Manually matched |
| 03/19/2020 | 15088 | Frank Vickers | | $390.00 | | Cleared | 107,580.36 | Check | Electrical Repairs | Manually matched |
| 03/19/2020 | | Pay Chex | | $192.92 | | Cleared | 107,970.36 | Expense | Payroll Liabilities:Involuntary Withholding | Manually added |
| 03/19/2020 | | Pragma Scientific | | | $105,000.00 | Cleared | 108,163.28 | Deposit | Accounts Receivable | Manually added |
| 03/17/2020 | | James Monroe Homes | | $1,800.00 | | Cleared | 3,163.28 | Bill Payment | Accounts Payable | Manually added |
| 03/17/2020 | | KU | | $52.33 | | Cleared | 4,963.28 | Expense | Utilities | Manually added with rule |
| 03/16/2020 | | KU | | $241.91 | | Cleared | 5,015.61 | Expense | Utilities | Manually added with rule |
| 03/16/2020 | | state farm | | $976.52 | | Cleared | 5,257.52 | Expense | Insurance | Manually added with rule |
| 03/16/2020 | | | | $401.10 | | Cleared | 6,234.04 | Expense | | Manually added |
| 03/16/2020 | | | | $620.23 | | Cleared | 6,635.14 | Expense | | Manually added |
| 03/15/2020 | | | | $2,200.00 | | Cleared | 7,255.37 | Transfer | Citicard (9618) | Manually matched |
| 03/13/2020 | | Kentucky Department of Agriculture | | $3,002.00 | | Cleared | 9,455.37 | Check | License, Filing and Other Fees | Manually matched |
| 03/13/2020 | Auto | Kentucky Department of Agriculture | | $3,502.00 | | Cleared | 12,457.37 | Check | License, Filing and Other Fees | Manually matched |
| 03/13/2020 | Auto | Pay Chex | | $151.30 | | Cleared | 15,959.37 | Check | Payroll Processing Fees | Manually matched |

| Date | Num | Name | Amount | Deposit | Status | Balance | Type | Category | Memo |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/2020 | 15008 | Lexpro | $10,000.00 | | Cleared | 16,110.67 | Check | Consulting | Manually matched |
| 03/12/2020 | 15093 | Lake APC | $10,000.00 | | Cleared | 26,110.67 | Check | Professional Fees:Legal Fees | Manually matched |
| 03/12/2020 | 15096 | Tony Struyk | $10,000.00 | | Cleared | 36,110.67 | Check | Professional Fees | Manually matched |
| 03/12/2020 | 10590 | Mundy Law Office, PLLC | $10,000.00 | | Cleared | 46,110.67 | Check | Professional Fees:Legal Fees | Manually matched |
| 03/12/2020 | 15098 | Lexpro | $10,000.00 | | Cleared | 56,110.67 | Check | Consulting | Manually matched |
| 03/12/2020 | Auto | Citi Card Online Payment | $16,000.00 | | Cleared | 66,110.67 | Check | Citicard (9618) | Manually matched |
| 03/12/2020 | 15002 | JMM Group LLC | $5,000.00 | | Cleared | 82,110.67 | Check | Accounts Payable | Manually matched |
| 03/12/2020 | 15099 | Bunch & Brock Attorneys at Law | $25,000.00 | | Cleared | 87,110.67 | Check | Professional Fees:Legal Fees | Manually matched |
| 03/12/2020 | | state farm | $1,260.84 | | Cleared | 112,110.67 | Expense | Insurance | Manually added with rule |
| 03/12/2020 | | Stacton Capital Group, Llc. | | $100,000.00 | Cleared | 113,371.51 | Deposit | Accounts Receivable | Manually added |
| 03/12/2020 | 10341 | Bank of America | Account # 5589 6217 7611 8094 | $1,875.00 | | Cleared | 13,371.51 | Check | Business Advantage Travel Rewards - 8094 (CORP) | Manually matched |
| 03/11/2020 | | Columbia Gas | $4,426.18 | | Cleared | 15,246.51 | Expense | Utilities | Manually added with rule |
| 03/11/2020 | | | $57.65 | | Cleared | 19,672.69 | Expense | Utilities | Manually added with rule |
| 03/11/2020 | | state farm | $164.31 | | Cleared | 19,730.34 | Expense | Insurance | Manually added with rule |
| 03/11/2020 | | Columbia Gas | $214.96 | | Cleared | 19,894.65 | Expense | Utilities | Manually added with rule |
| 03/09/2020 | | Pay Chex | $569.94 | | Cleared | 20,109.61 | Expense | Payroll Processing Fees | Manually added |
| 03/09/2020 | | Kentucky Utilities | $25,118.60 | | Cleared | 20,679.55 | Bill Payment | Accounts Payable | Manually added |
| 03/09/2020 | 10595 | Frank Vickers | $306.00 | | Cleared | 45,798.15 | Check | Electrical Repairs | Manually added |
| 03/06/2020 | | Fifth Third Bank | $10.00 | | Cleared | 46,104.15 | Expense | Bank Service Charges and Credit Card Fees | Manually added with rule |
| 03/06/2020 | | Pay Chex | $192.92 | | Cleared | 46,114.15 | Expense | Payroll Liabilities:Involuntary Withholding | Manually added |

| Date | Check | Name | Date | Amount | | Balance | Type | Status |
|---|---|---|---|---|---|---|---|---|
| | | Ruben | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11367 | Addison | 2/29/20 | $1,078.94 | Cleared | 46,307.07 | Check | matched |
| | | Alexander | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11368 | Adu | 2/29/20 | $1,120.20 | Cleared | 47,386.01 | Check | matched |
| | | Andrew | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11369 | Ankenbauer | 2/29/20 | $312.61 | Cleared | 48,506.21 | Check | matched |
| | | Oppong | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11370 | Ansu | 2/29/20 | $1,310.99 | Cleared | 48,818.82 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11371 | Brian Artley | 2/29/20 | $1,063.89 | Cleared | 50,129.81 | Check | matched |
| | | Benjamin | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11372 | Bertsch | 2/29/20 | $161.68 | Cleared | 51,193.70 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11373 | John Chapo | 2/29/20 | $1,055.44 | Cleared | 51,355.38 | Check | matched |
| | | Trenton | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11374 | Davis | 2/29/20 | $963.58 | Cleared | 52,410.82 | Check | matched |
| | | Kwaku | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11375 | Frimpong | 2/29/20 | $983.62 | Cleared | 53,374.40 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11376 | Alex Hall | 2/29/20 | $927.91 | Cleared | 54,358.02 | Check | matched |
| | | Avery | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11377 | Henning | 2/29/20 | $982.43 | Cleared | 55,285.93 | Check | matched |
| | | Hinneh | 2/1/20- | | | | | Manually |
| 03/06/2020 | 11378 | Safaad | 2/14/20 | $1,120.19 | Cleared | 56,268.36 | Check | matched |
| | | Adrian | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11379 | Jackson | 2/29/20 | $1,749.09 | Cleared | 57,388.55 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11380 | Jay Jones | 2/29/20 | $1,297.25 | Cleared | 59,137.64 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11381 | Rudolf Kwe | 2/29/20 | $1,184.62 | Cleared | 60,434.89 | Check | matched |
| | | Trinidad | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11382 | Lima | 2/29/20 | $1,124.07 | Cleared | 61,619.51 | Check | matched |
| | | Peter | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11383 | Mensah | 2/29/20 | $1,197.64 | Cleared | 62,743.58 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11384 | Paul Nsiah | 2/29/20 | $1,059.49 | Cleared | 63,941.22 | Check | matched |
| | | Rachel | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11385 | Oberle | 2/29/20 | $1,190.64 | Cleared | 65,000.71 | Check | matched |
| | | Karen | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11386 | Orellana | 2/29/20 | $690.01 | Cleared | 66,191.35 | Check | matched |
| | | Robert | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11387 | Thomas | 2/29/20 | $1,291.34 | Cleared | 66,881.36 | Check | matched |
| | | Jennifer | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11388 | Wagner | 2/29/20 | $955.32 | Cleared | 68,172.70 | Check | matched |
| | | Marjorie | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11389 | Wells | 2/29/20 | $958.83 | Cleared | 69,128.02 | Check | matched |
| | | Damario | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11390 | White | 2/29/20 | $1,074.92 | Cleared | 70,086.85 | Check | matched |
| | | Candice | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11391 | Wireman | 2/29/20 | $929.77 | Cleared | 71,161.77 | Check | matched |
| | | William | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11392 | Wireman | 2/29/20 | $1,052.96 | Cleared | 72,091.54 | Check | matched |
| | | Courtney | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11393 | Boggs | 2/29/20 | $896.65 | Cleared | 73,144.50 | Check | matched |
| | | Kimberly | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11394 | Boggs | 2/29/20 | $691.04 | Cleared | 74,041.15 | Check | matched |
| | | Gordon | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11395 | Chaney | 2/29/20 | $1,093.70 | Cleared | 74,732.19 | Check | matched |
| | | Rebecca | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11396 | Eder | 2/29/20 | $909.77 | Cleared | 75,825.89 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11397 | Trinity Eder | 2/29/20 | $817.37 | Cleared | 76,735.66 | Check | matched |

| Date | Check # | Name | Date | Amount | Status | Balance | Type | Match |
|---|---|---|---|---|---|---|---|---|
| | | Erick | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11398 | Gonzalez | 2/29/20 | $1,207.31 | Cleared | 77,553.03 | Check | matched |
| | | Jonathan | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11400 | Marquez | 2/29/20 | $503.39 | Cleared | 78,760.34 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11401 | Alex Miracle | 2/29/20 | $1,099.53 | Cleared | 79,263.73 | Check | matched |
| | | Kimberly | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11402 | Nader | 2/29/20 | $943.66 | Cleared | 80,363.26 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11403 | Alexis Ruiz | 2/29/20 | $875.57 | Cleared | 81,306.92 | Check | matched |
| | | Steven | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11404 | Skaggs | 2/29/20 | $965.84 | Cleared | 82,182.49 | Check | matched |
| | | Joseph | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11405 | Tackett | 2/29/20 | $878.19 | Cleared | 83,148.33 | Check | matched |
| | | Darlene | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11406 | Terry | 2/29/20 | $982.80 | Cleared | 84,026.52 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11407 | Jose Flores | 2/29/20 | $1,216.45 | Cleared | 85,009.32 | Check | matched |
| | | Rufino | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11408 | Flores | 2/29/20 | $936.00 | Cleared | 86,225.77 | Check | matched |
| | | Miguel | 2/1/20- | | | | | Manually |
| 03/06/2020 | 11409 | Garcia | 2/14/20 | $1,109.69 | Cleared | 87,161.77 | Check | matched |
| | | Anastacio | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11410 | Hernandez | 2/29/20 | $403.36 | Cleared | 88,271.46 | Check | matched |
| | | Leonardo | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11411 | Lorenzo | 2/29/20 | $1,140.42 | Cleared | 88,674.82 | Check | matched |
| | | Diana | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11412 | Martinez | 2/29/20 | $837.28 | Cleared | 89,815.24 | Check | matched |
| | | Rafeal | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11413 | Medina | 2/29/20 | $856.43 | Cleared | 90,652.52 | Check | matched |
| | | Gonzalo | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11414 | Mendoza | 2/29/20 | $1,108.35 | Cleared | 91,508.95 | Check | matched |
| | | Nixon | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11415 | Polanco | 2/29/20 | $1,047.38 | Cleared | 92,617.30 | Check | matched |
| | | Eleuterio | 2/1/20- | | | | | Manually |
| 03/06/2020 | 11416 | Ramirez | 2/14/20 | $850.63 | Cleared | 93,664.68 | Check | matched |
| | | Manuel | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11417 | Rodriguez | 2/29/20 | $1,276.73 | Cleared | 94,515.31 | Check | matched |
| | | Romero | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11418 | Cruz | 2/29/20 | $973.72 | Cleared | 95,792.04 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11419 | Eliazar Ruiz | 2/29/20 | $964.56 | Cleared | 96,765.76 | Check | matched |
| | | Casto | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11420 | Sanchez | 2/29/20 | $966.62 | Cleared | 97,730.32 | Check | matched |
| | | Leonor | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11421 | Serrano | 2/29/20 | $935.50 | Cleared | 98,696.94 | Check | matched |
| | | | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11422 | Arturo Solis | 2/29/20 | $1,101.86 | Cleared | 99,632.44 | Check | matched |
| | | Julius | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11423 | Wakefield | 2/29/20 | $425.49 | Cleared | 100,734.30 | Check | matched |
| | | Ebengo | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11424 | Wasokye | 2/29/20 | $946.10 | Cleared | 101,159.79 | Check | matched |
| | | Marisol | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11425 | Zarate | 2/29/20 | $856.61 | Cleared | 102,105.89 | Check | matched |
| | | Jared | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11426 | Anderson | 2/29/20 | $1,410.58 | Cleared | 102,962.50 | Check | matched |
| | | Raymond | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11427 | Borja | 2/29/20 | $1,202.98 | Cleared | 104,373.08 | Check | matched |
| | | Bradley | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11428 | Eder | 2/29/20 | $1,148.63 | Cleared | 105,576.06 | Check | matched |
| | | Erica | 2/16/20- | | | | | Manually |
| 03/06/2020 | 11429 | Perkins | 2/29/20 | $964.27 | Cleared | 106,724.69 | Check | matched |

| Date | Check # | Name | Memo | Amount | Amount | Status | Balance | Type | Category | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2020 | 11430 | Karina Sanabria Blade | 2/16/20-2/29/20 | $1,047.18 | | Cleared | 107,688.96 | Check | | Manually matched |
| 03/06/2020 | 11431 | Gregory | 2/16/20-2/29/20 | $1,291.30 | | Cleared | 108,736.14 | Check | | Manually matched |
| 03/06/2020 | 11432 | Rick Guest | 2/16/20-2/29/20 | $2,224.44 | | Cleared | 110,027.44 | Check | | Manually matched |
| 03/06/2020 | 11433 | Scott Kruse Monteia | 2/16/20-2/29/20 | $2,348.75 | | Cleared | 112,251.88 | Check | | Manually matched |
| 03/06/2020 | 11434 | Mundy Alberto | 2/16/20-2/29/20 | $1,826.10 | | Cleared | 114,600.63 | Check | | Manually matched |
| 03/06/2020 | 11435 | Velasco Megan | 2/1/20-2/14/20 | $1,929.91 | | Cleared | 116,426.73 | Check | | Manually matched |
| 03/06/2020 | 11436 | Walsh | 2/16/20-2/29/20 | $1,354.37 | | Cleared | 118,356.64 | Check | | Manually matched |
| 03/05/2020 | | goto Premium Finance | | $2,744.89 | | Cleared | 119,711.01 | Bill Payment | Accounts Payable | Manually added |
| 03/05/2020 | | Lexpro | | $5,000.00 | | Cleared | 122,455.90 | Expense | Consulting | Manually added with rule |
| 03/05/2020 | | | | $3,317.86 | | Cleared | 127,455.90 | Expense | Insurance | Manually added |
| 03/05/2020 | | First Insurance | | $4,829.88 | | Cleared | 130,773.76 | Expense | Insurance | Manually added |
| 03/05/2020 | | Stacton Capital Group, Llc. | | | $100,000.00 | Cleared | 135,603.64 | Deposit | Accounts Receivable | Manually added |
| 03/05/2020 | | ARD Farms, Inc | | | $41,481.00 | Cleared | 35,603.64 | Payment | Accounts Receivable | Manually added |
| 03/05/2020 | | CNP Operating LLC | | $36,981.00 | | Cleared | -5,877.36 | Expense | Inventory:Isolate Inventory | Manually added |
| 03/04/2020 | 10599 | Bunch & Brock Attorneys at Law | | $25,000.00 | | Cleared | 31,103.64 | Check | Professional Fees:Legal Fees | Manually matched |
| 03/04/2020 | | Tony Struyk | | $10,000.00 | | Cleared | 56,103.64 | Check | Professional Fees | Manually added |
| 03/03/2020 | 10575 | Air Products and Chemicals, Inc | | $3,731.04 | | Cleared | 66,103.64 | Bill Payment | Accounts Payable | Manually matched |
| 03/03/2020 | 10596 | Canna Business | | $5,000.00 | | Cleared | 69,834.68 | Check | Accounts Payable | Manually matched |
| 03/03/2020 | 10584 | Bank of America Associates | Account # 5589 6217 7611 8094 | $11,705.18 | | Cleared | 74,834.68 | Check | Business Advantage Travel Rewards - 8094 (CORP) | Manually matched |
| 03/03/2020 | 10585 | Warehouse GFV | | $8,000.00 | | Cleared | 86,539.86 | Bill Payment | Accounts Payable | Manually matched |
| 03/03/2020 | | Burkhead's Welding Inc | | $2,000.00 | | Cleared | 94,539.86 | Expense | Repairs and Maintenance | Manually added |
| 03/03/2020 | 10582 | Lake APC | | $10,000.00 | | Cleared | 96,539.86 | Check | Professional Fees:Legal Fees | Manually added |
| 03/03/2020 | | | | | $156,000.00 | Cleared | 106,539.86 | Deposit | | Manually added |

| Date | Num | Name | Memo | Payment | Deposit | Status | Balance | Type | Category | Added |
|------|-----|------|------|---------|---------|--------|---------|------|----------|-------|
| 03/03/2020 | | Careddi Technology Ltd. | | $24,334.00 | | Cleared | -49,460.14 | Expense | Repairs and Maintenance | Manually added |
| 03/03/2020 | | Z3 Sciences | | $20,000.00 | | Cleared | -25,126.14 | Expense | COGS:Contract Manufacturing | Manually added |
| 03/01/2020 | 10579 | Rouse Comapny Frank | March 2020 Rent | $23,388.34 | | Cleared | -5,126.14 | Check | | Manually matched |
| 02/28/2020 | 10580 | Vickers Trenton | | $258.00 | | Cleared | 18,262.20 | Check | Electrical Repairs | Manually matched |
| 02/21/2020 | 11303 | Davis Leonardo | 2/1/20-2/14/20 | $989.67 | | Cleared | 18,520.20 | Check | | Manually matched |
| 02/21/2020 | 11336 | Cano Jared | 1/18/20-1/31/20 | $270.60 | | Cleared | 19,509.87 | Check | | Manually matched |
| 02/21/2020 | 11355 | Anderson | 2/1/20-2/14/20 | $1,389.31 | | Cleared | 19,780.47 | Check | | Manually matched |
| 03/05/2020 | 11326 | Trinity Eder Regenerative Impact Partners, LLC | 1/18/20-1/31/20 | $961.24 | | Reconciled | 21,169.78 | Check | | Manually matched |
| 02/28/2020 | | | | | $6,700.00 | Reconciled | 22,131.02 | Deposit | Accounts Receivable | Manually added |
| 02/27/2020 | | | | | $10,750.00 | Reconciled | 15,431.02 | Deposit | | Manually added |
| 02/27/2020 | | | | | $1,400.00 | Reconciled | 4,681.02 | Deposit | Due from Owner | Manually added |
| 02/27/2020 | | Pragma Scientific Regenerative Impact Partners, LLC | | | $10,000.00 | Reconciled | 3,281.02 | Deposit | Accounts Receivable | Manually added |
| 02/27/2020 | | | | | $10,000.00 | Reconciled | -6,718.98 | Deposit | Accounts Receivable | Manually added |
| 02/25/2020 | | United Financial Cas Ins | | $349.27 | | Reconciled | -16,718.98 | Expense | Insurance | Manually added |
| 02/24/2020 | | KU | | $84.72 | | Reconciled | -16,369.71 | Expense | Utilities | Manually added with rule |
| 02/24/2020 | | Pay Chex | | $504.63 | | Reconciled | -16,284.99 | Expense | Payroll Processing Fees | Manually added |
| 02/24/2020 | | 7 Mile Farms, LLC | | | $34,000.00 | Reconciled | -15,780.36 | Deposit | Accounts Receivable | Manually added |
| 02/24/2020 | | Chase Card Services | | $545.00 | | Reconciled | -49,780.36 | Expense | Misc. | Manually added with rule |
| 02/21/2020 | 10578 | Marc Andros | | $3,461.54 | | Reconciled | -49,235.36 | Check | COGS:Labor (1099) | Manually matched |
| 02/21/2020 | | Pay Chex | | $192.92 | | Reconciled | -45,773.82 | Expense | Payroll Processing Fees | Manually added |
| 02/21/2020 | 11295 | Michael Acheampong | 1/18/20-1/31/20 | $194.61 | | Reconciled | -45,580.90 | Check | | Manually matched |
| 02/21/2020 | 11296 | Ruben Addison | 2/1/20-2/14/20 | $1,071.61 | | Reconciled | -45,386.29 | Check | | Manually matched |
| 02/21/2020 | 11297 | Alexander Adu | 2/1/20-2/14/20 | $1,110.48 | | Reconciled | -44,314.68 | Check | | Manually matched |
| 02/21/2020 | 11298 | Andrew Ankenbauer | 2/1/20-2/14/20 | $1,004.48 | | Reconciled | -43,204.20 | Check | | Manually matched |

| Date | Check # | Name | Date | Amount | Status | Balance | Type | Match |
|---|---|---|---|---|---|---|---|---|
| | | Oppong | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11299 | Ansu | 2/14/20 | $1,402.66 | led | -42,199.72 | Check | matched |
| | | Brian Artley | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11300 | Benjamin | 2/14/20 | $997.64 | led | -40,797.06 | Check | matched |
| | | Bertsch | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11301 | John Chapo | 2/14/20 | $1,029.62 | led | -39,799.42 | Check | matched |
| | | Kwaku | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11302 | Frimpong | 2/14/20 | $916.63 | led | -38,769.80 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11304 | Alex Hall | 2/14/20 | $1,174.17 | led | -37,853.17 | Check | matched |
| | | Avery | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11305 | Henning | 2/14/20 | $544.85 | led | -36,679.00 | Check | matched |
| | | Hinneh | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11306 | Safaad | 2/14/20 | $998.11 | led | -36,134.15 | Check | matched |
| | | Adrian | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11307 | Jackson | 2/14/20 | $1,120.20 | led | -35,136.04 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11308 | Jay Jones | 2/14/20 | $1,013.20 | led | -34,015.84 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11309 | Rudolf Kwe | 2/14/20 | $1,146.25 | led | -33,002.64 | Check | matched |
| | | Trinidad | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11310 | Lima | 2/14/20 | $1,188.39 | led | -31,856.39 | Check | matched |
| | | Peter | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11311 | Mensah | 2/14/20 | $1,079.16 | led | -30,668.00 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11312 | Paul Nsiah | 2/14/20 | $1,100.34 | led | -29,588.84 | Check | matched |
| | | Rachel | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11313 | Oberle | 2/14/20 | $1,059.47 | led | -28,488.50 | Check | matched |
| | | Robert | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11314 | Thomas | 2/14/20 | $899.16 | led | -27,429.03 | Check | matched |
| | | Jennifer | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11315 | Wagner | 2/14/20 | $1,133.89 | led | -26,529.87 | Check | matched |
| | | Marjorie | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11316 | Wells | 2/14/20 | $1,105.70 | led | -25,395.98 | Check | matched |
| | | Damario | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11317 | White | 2/14/20 | $972.12 | led | -24,290.28 | Check | matched |
| | | Candice | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11318 | Wireman | 2/14/20 | $1,036.35 | led | -23,318.16 | Check | matched |
| | | William | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11320 | Wireman | 2/14/20 | $906.96 | led | -22,281.81 | Check | matched |
| | | Courtney | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11321 | Boggs | 2/14/20 | $1,076.50 | led | -21,374.85 | Check | matched |
| | | Kimberly | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11322 | Boggs | 2/14/20 | $954.85 | led | -20,298.35 | Check | matched |
| | | Gordon | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11323 | Chaney | 2/14/20 | $885.85 | led | -19,343.50 | Check | matched |
| | | Rebecca | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11324 | Eder | 2/14/20 | $1,086.13 | led | -18,457.65 | Check | matched |
| | | Erick | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11325 | Gonzalez | 2/14/20 | $962.40 | led | -17,371.52 | Check | matched |
| | | Richard | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11327 | Leddy | 2/14/20 | $1,132.38 | led | -16,409.12 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11328 | Alex Miracle | 2/14/20 | $931.40 | led | -15,276.74 | Check | matched |
| | | Kimberly | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11329 | Nader | 2/14/20 | $1,044.80 | led | -14,345.34 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11330 | Alexis Ruiz | 2/14/20 | $967.68 | led | -13,300.54 | Check | matched |
| | | Steven | | | Reconci | | | Manually |
| 02/21/2020 | 11331 | Skaggs | 2/1/20- | $967.60 | led | -12,332.86 | Check | matched |
| | | | 2/14/20 | | Reconci | | | Manually |
| 02/21/2020 | 11332 | | | $1,145.44 | led | -11,365.26 | Check | matched |

| Date | Check # | Name | Date | Amount | Status | Balance | Type | Match |
|---|---|---|---|---|---|---|---|---|
| | | Joseph | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11333 | Tackett | 2/14/20 | $517.97 | led | -10,219.82 | Check | matched |
| | | Darlene | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11334 | Terry | 2/14/20 | $940.37 | led | -9,701.85 | Check | matched |
| | | Mario | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11335 | Cages | 2/14/20 | $677.61 | led | -8,761.48 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11337 | Jose Flores | 2/14/20 | $989.97 | led | -8,083.87 | Check | matched |
| | | Rufino | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11338 | Flores | 2/14/20 | $956.35 | led | -7,093.90 | Check | matched |
| | | Miguel | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11339 | Garcia | 2/14/20 | $1,109.68 | led | -6,137.55 | Check | matched |
| | | Anastacio | | | Reconci | | | Manually |
| 02/21/2020 | 11340 | Hernandez | | $879.58 | led | -5,027.87 | Check | matched |
| | | Leonardo | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11341 | Lorenzo | 2/14/20 | $1,295.25 | led | -4,148.29 | Check | matched |
| | | Diana | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11342 | Martinez | 2/14/20 | $837.30 | led | -2,853.04 | Check | matched |
| | | Rafeal | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11343 | Medina | 2/14/20 | $731.85 | led | -2,015.74 | Check | matched |
| | | Gonzalo | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11344 | Mendoza | 2/14/20 | $1,108.35 | led | -1,283.89 | Check | matched |
| | | Nixon | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11345 | Polanco | 2/14/20 | $1,407.72 | led | -175.54 | Check | matched |
| | | Eleuterio | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11346 | Ramirez | 2/14/20 | $850.64 | led | 1,232.18 | Check | matched |
| | | Manuel | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11347 | Rodriguez | 2/14/20 | $1,486.82 | led | 2,082.82 | Check | matched |
| | | Romero | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11348 | Cruz | 2/14/20 | $972.05 | led | 3,569.64 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11349 | Eliazar Ruiz | 2/14/20 | $966.16 | led | 4,541.69 | Check | matched |
| | | Casto | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11350 | Sanchez | 2/14/20 | $1,131.13 | led | 5,507.85 | Check | matched |
| | | Leonor | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11351 | Serrano | 2/14/20 | $988.37 | led | 6,638.98 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11352 | Arturo Solis | 2/14/20 | $1,101.87 | led | 7,627.35 | Check | matched |
| | | Ebengo | 1/18/20- | | Reconci | | | Manually |
| 02/21/2020 | 11353 | Wasokye | 1/31/20 | $886.02 | led | 8,729.22 | Check | matched |
| | | Marisol | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11354 | Zarate | 2/14/20 | $871.98 | led | 9,615.24 | Check | matched |
| | | Raymond | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11356 | Borja | 2/14/20 | $1,203.00 | led | 10,487.22 | Check | matched |
| | | Bradley | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11357 | Eder | 2/14/20 | $1,144.27 | led | 11,690.22 | Check | matched |
| | | Erica | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11358 | Perkins | 2/14/20 | $1,158.33 | led | 12,834.49 | Check | matched |
| | | Karina | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11359 | Sanabria | 2/14/20 | $465.83 | led | 13,992.82 | Check | matched |
| | | Heather | 1/18/20- | | Reconci | | | Manually |
| 02/21/2020 | 11360 | Burns | 1/31/20 | $1,405.85 | led | 14,458.65 | Check | matched |
| | | Blade | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11361 | Gregory | 2/14/20 | $1,291.29 | led | 15,864.50 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11362 | Rick Guest | 2/14/20 | $1,099.79 | led | 17,155.79 | Check | matched |
| | | | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11363 | Scott Kruse | 2/14/20 | $2,348.76 | led | 18,255.58 | Check | matched |
| | | Monteia | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11364 | Mundy | 2/14/20 | $1,826.11 | led | 20,604.34 | Check | matched |
| | | Alberto | 2/1/20- | | Reconci | | | Manually |
| 02/21/2020 | 11365 | Velasco | 2/14/20 | $1,929.91 | led | 22,430.45 | Check | matched |

| Date | Check # | Payee | Period | Payment | Deposit | Status | Balance | Type | Category | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/2020 | 11366 | Megan Walsh | 2/1/20-2/14/20 | $1,354.38 | | Reconciled | 24,360.36 | Check | | Manually matched |
| 02/20/2020 | | UPS | | $383.29 | | Reconciled | 25,714.74 | Check | Shipping and Postage | Manually matched |
| 02/20/2020 | | UPS | | $814.40 | | Reconciled | 26,098.03 | Check | Shipping and Postage | Manually matched |
| 02/20/2020 | | UPS | | $791.93 | | Reconciled | 26,912.43 | Check | Shipping and Postage | Manually matched |
| 02/20/2020 | | UPS | | $738.26 | | Reconciled | 27,704.36 | Check | Shipping and Postage | Manually matched |
| 02/20/2020 | | UPS | | $125.51 | | Reconciled | 28,442.62 | Check | Shipping and Postage | Manually matched |
| 02/20/2020 | | UPS | | $209.11 | | Reconciled | 28,568.13 | Check | Shipping and Postage | Manually matched |
| 02/20/2020 | | UPS | | $624.27 | | Reconciled | 28,777.24 | Check | Shipping and Postage | Manually matched |
| 02/20/2020 | | Lexpro | | $1,000.00 | | Reconciled | 29,401.51 | Expense | Consulting | Manually added with rule |
| 02/20/2020 | | Mokena Holdings LLC | | $25,192.81 | | Reconciled | 30,401.51 | Expense | Interest Expense | Manually added |
| 02/19/2020 | | HD Distribution | | | $65,805.31 | Reconciled | 55,594.32 | Deposit | Accounts Receivable | Manually added |
| 02/19/2020 | 105 | Frank Vickers | | $627.00 | | Reconciled | -10,210.99 | Check | Electrical Repairs | Manually added |
| 02/18/2020 | | KU | | $88.79 | | Reconciled | -9,583.99 | Expense | Utilities | Manually added with rule |
| 02/18/2020 | | KU | | $69.28 | | Reconciled | -9,495.20 | Expense | Utilities | Manually added with rule |
| 02/18/2020 | | | | $111.00 | | Reconciled | -9,425.92 | Expense | Bank Service Charges and Credit Card Fees | Manually added |
| 02/18/2020 | | | | | $3,815.00 | Reconciled | -9,314.92 | Deposit | | Manually added |
| 02/17/2020 | 11225 | Alexander Adu | 1/18/20-1/31/20 | $1,120.20 | | Reconciled | -13,129.92 | Check | | Manually matched |
| 02/15/2020 | | First Insurance goto | | $4,829.88 | | Reconciled | -12,009.72 | Bill Payment | Accounts Payable | Manually matched |
| 02/14/2020 | | Premium Finance | | $2,744.89 | | Reconciled | -7,179.84 | Bill Payment | Accounts Payable | Manually added |
| 02/14/2020 | | Fifth Third Bank | | $10.00 | | Reconciled | -4,434.95 | Expense | Bank Service Charges and Credit Card Fees | Manually added with rule |
| 02/14/2020 | | American Express | | $103.24 | | Reconciled | -4,424.95 | Expense | Platinum Delta SkyMiles *1002 | Manually added with rule |

| Date | Num | Name | Memo | Amount | Status | Type | Account | |
|------|-----|------|------|--------|--------|------|---------|---|
| 02/12/2020 | | BC Extracts, LLC | | $8,000.00 | Reconciled | Deposit | Accounts Receivable | Manually added |
| | | | | | | | -4,321.71 | |
| 02/11/2020 | | BC Extracts, LLC | | $9,500.00 | Reconciled | Deposit | Accounts Receivable | Manually added |
| | | | | | | | -12,321.71 | |
| 02/10/2020 | 10600 | Brett Construction | | $4,083.68 | Reconciled | Check | | Manually matched |
| | | | | | | | -21,821.71 | |
| 02/10/2020 | | Pay Chex | | $579.63 | Reconciled | Expense | Payroll Processing Fees | Manually added |
| | | | | | | | -17,738.03 | |
| 02/07/2020 | 10577 | Marc Andros | | $3,461.54 | Reconciled | Check | COGS:Labor (1099) | Manually matched |
| | | | | | | | -17,158.40 | |
| 02/07/2020 | 9802 | Marc Andros | | $1,216.39 | Reconciled | Check | | Manually matched |
| | | | | | | | -13,696.86 | |
| 02/07/2020 | | Pay Chex | | $192.92 | Reconciled | Expense | Payroll Processing Fees | Manually added |
| | | | | | | | -12,480.47 | |
| 02/07/2020 | 11223 | Michael Acheampong | 1/18-1/31/20 | $885.27 | Reconciled | Check | | Manually matched |
| | | | | | | | -12,287.55 | |
| 02/07/2020 | 11224 | Ruben Hinneh | 1/18-1/31/20 | $1,044.67 | Reconciled | Check | | Manually matched |
| | | | | | | | -11,402.28 | |
| 02/07/2020 | 11235 | Addison Safaad | 1/18-1/31/20 | $1,120.20 | Reconciled | Check | | Manually matched |
| | | | | | | | -10,357.61 | |
| 02/07/2020 | 11226 | Andrew Ankenbauer | 1/18-1/31/20 | $1,026.69 | Reconciled | Check | | Manually matched |
| | | | | | | | -9,237.41 | |
| 02/07/2020 | 11227 | Oppong Ansu | 1/18-1/31/20 | $1,409.81 | Reconciled | Check | | Manually matched |
| | | | | | | | -8,210.72 | |
| 02/07/2020 | 11228 | Brian Artley | 1/18-1/31/20 | $1,094.25 | Reconciled | Check | | Manually matched |
| | | | | | | | -6,800.91 | |
| 02/07/2020 | 11229 | Joseph Bentley | 1/18-1/31/20 | $613.87 | Reconciled | Check | | Manually matched |
| | | | | | | | -5,706.66 | |
| 02/07/2020 | 11230 | Benjamin Bertsch | 1/18-1/31/20 | $727.29 | Reconciled | Check | | Manually matched |
| | | | | | | | -5,092.79 | |
| 02/07/2020 | 11231 | John Chapo | 1/18-1/31/20 | $787.12 | Reconciled | Check | | Manually matched |
| | | | | | | | -4,365.50 | |
| 02/07/2020 | 11232 | Trenton Davis | 1/18-1/31/20 | $1,001.17 | Reconciled | Check | | Manually matched |
| | | | | | | | -3,578.38 | |
| 02/07/2020 | 11233 | Kwaku Frimpong | 1/18-1/31/20 | $515.23 | Reconciled | Check | | Manually matched |
| | | | | | | | -2,577.21 | |
| 02/07/2020 | 11234 | Avery Henning | 1/18-1/31/20 | $1,012.58 | Reconciled | Check | | Manually matched |
| | | | | | | | -2,061.98 | |
| 02/07/2020 | 11236 | Adrian Jackson | 1/18-1/31/20 | $1,224.57 | Reconciled | Check | | Manually matched |
| | | | | | | | -1,049.40 | |
| 02/07/2020 | 11237 | Jay Jones | 1/18-1/31/20 | $1,262.13 | Reconciled | Check | | Manually matched |
| | | | | | | | 175.17 | |
| 02/07/2020 | 11238 | Rudolf Kwe | 1/18-1/31/20 | $609.93 | Reconciled | Check | | Manually matched |
| | | | | | | | 1,437.30 | |
| 02/07/2020 | 11239 | Trinidad Lima | 1/18-1/31/20 | $1,124.08 | Reconciled | Check | | Manually matched |
| | | | | | | | 2,047.23 | |
| 02/07/2020 | 11240 | Peter Mensah | 1/18-1/31/20 | $1,100.36 | Reconciled | Check | | Manually matched |
| | | | | | | | 3,171.31 | |
| 02/07/2020 | 11241 | Paul Nsiah | 1/18-1/31/20 | $872.35 | Reconciled | Check | | Manually matched |
| | | | | | | | 4,271.67 | |
| 02/07/2020 | 11242 | Rachel Oberle | 1/18-1/31/20 | $995.02 | Reconciled | Check | | Manually matched |
| | | | | | | | 5,144.02 | |
| 02/07/2020 | 11243 | Robert Thomas | 1/18-1/31/20 | $1,305.52 | Reconciled | Check | | Manually matched |
| | | | | | | | 6,139.04 | |
| 02/07/2020 | 11244 | Jennifer Wagner | 1/18-1/31/20 | $940.34 | Reconciled | Check | | Manually matched |
| | | | | | | | 7,444.56 | |
| 02/07/2020 | 11245 | Marjorie Wells | 1/18-1/31/20 | $969.33 | Reconciled | Check | | Manually matched |
| | | | | | | | 8,384.90 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Damario | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11246 | White | 1/31/20 | $920.65 | led | 9,354.23 | Check | matched |
| | | Candice | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11247 | Wireman | 1/31/20 | $803.69 | led | 10,274.88 | Check | matched |
| | | William | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11248 | Wireman | 1/31/20 | $926.26 | led | 11,078.57 | Check | matched |
| | | Courtney | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11249 | Boggs | 1/31/20 | $957.20 | led | 12,004.83 | Check | matched |
| | | Kimberly | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11250 | Boggs | 1/31/20 | $958.20 | led | 12,962.03 | Check | matched |
| | | Gordon | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11251 | Chaney | 1/31/20 | $1,156.03 | led | 13,920.23 | Check | matched |
| | | Rebecca | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11253 | Eder | 1/31/20 | $1,032.01 | led | 15,076.26 | Check | matched |
| | | | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11254 | Trinity Eder | 1/31/20 | $961.23 | led | 16,108.27 | Check | matched |
| | | | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11255 | Steven Ellis | 1/31/20 | $328.98 | led | 17,069.50 | Check | matched |
| | | Richard | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11256 | Leddy | 1/31/20 | $997.15 | led | 17,398.48 | Check | matched |
| | | | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11257 | Alex Miracle | 1/31/20 | $1,020.49 | led | 18,395.63 | Check | matched |
| | | Heather | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11288 | Burns | 1/31/20 | $1,405.87 | led | 19,416.12 | Check | matched |
| | | Blade | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11289 | Gregory | 1/31/20 | $1,291.29 | led | 20,821.99 | Check | matched |
| | | | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11290 | Rick Guest | 1/31/20 | $1,099.79 | led | 22,113.28 | Check | matched |
| | | | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11291 | Scott Kruse | 1/31/20 | $2,348.75 | led | 23,213.07 | Check | matched |
| | | Monteia | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11292 | Mundy | 1/31/20 | $1,716.55 | led | 25,561.82 | Check | matched |
| | | Alberto | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11293 | Velasco | 1/31/20 | $1,929.91 | led | 27,278.37 | Check | matched |
| | | Megan | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11294 | Walsh | 1/31/20 | $1,354.38 | led | 29,208.28 | Check | matched |
| | | Kimberly | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11258 | Nader | 1/31/20 | $817.73 | led | 30,562.66 | Check | matched |
| | | | | | Reconci | | | Manually |
| 02/07/2020 | 11259 | Alexis Ruiz | | $609.59 | led | 31,380.39 | Check | matched |
| | | Steven | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11260 | Skaggs | 1/31/20 | $781.14 | led | 31,989.98 | Check | matched |
| | | Joseph | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11261 | Tackett | 1/31/20 | $896.90 | led | 32,771.12 | Check | matched |
| | | Darlene | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11262 | Terry | 1/31/20 | $905.11 | led | 33,668.02 | Check | matched |
| | | | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11263 | David Terry | 1/31/20 | $64.82 | led | 34,573.13 | Check | matched |
| | | Mario | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11264 | Cages | 1/31/20 | $359.12 | led | 34,637.95 | Check | matched |
| | | Jared | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11283 | Anderson | 1/31/20 | $1,390.76 | led | 34,997.07 | Check | matched |
| | | Raymond | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11284 | Borja | 1/31/20 | $1,203.00 | led | 36,387.83 | Check | matched |
| | | Bradley | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11285 | Eder | 1/31/20 | $1,013.17 | led | 37,590.83 | Check | matched |
| | | Erica | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11286 | Perkins | 1/31/20 | $1,215.14 | led | 38,604.00 | Check | matched |
| | | Gloria | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11287 | Robles | 1/31/20 | $706.83 | led | 39,819.14 | Check | matched |
| | | Leonardo | 1/18/20- | | Reconci | | | Manually |
| 02/07/2020 | 11265 | Cano | 1/31/20 | $270.62 | led | 40,525.97 | Check | matched |

| Date | Check# | Name | Date2 | Amount | Amount2 | Status | Balance | Type | Category | Match |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11266 | Jose Flores | 1/31/20 | $1,029.70 | | led | 40,796.59 | Check | | matched |
| | | Rufino | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11267 | Flores | 1/31/20 | $976.74 | | led | 41,826.29 | Check | | matched |
| | | Miguel | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11268 | Garcia | 1/31/20 | $1,109.70 | | led | 42,803.03 | Check | | matched |
| | | Erick | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11269 | Gonzalez | 1/31/20 | $1,094.29 | | led | 43,912.73 | Check | | matched |
| | | Leonardo | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11270 | Lorenzo | 1/31/20 | $611.46 | | led | 45,007.02 | Check | | matched |
| | | Diana | | | | Reconci | | | | Manually |
| 02/07/2020 | 11271 | Martinez | | $367.97 | | led | 45,618.48 | Check | | matched |
| | | Gonzalo | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11272 | Mendoza | 1/31/20 | $1,292.24 | | led | 45,986.45 | Check | | matched |
| | | Nixon | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11273 | Polanco | 1/31/20 | $1,247.41 | | led | 47,278.69 | Check | | matched |
| | | Eleuterio | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11274 | Ramirez | 1/31/20 | $453.82 | | led | 48,526.10 | Check | | matched |
| | | Manuel | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11275 | Rodriguez | 1/31/20 | $1,447.95 | | led | 48,979.92 | Check | | matched |
| | | Romero | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11276 | Cruz | 1/31/20 | $895.05 | | led | 50,427.87 | Check | | matched |
| | | | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11277 | Eliazar Ruiz | 1/31/20 | $964.57 | | led | 51,322.92 | Check | | matched |
| | | Casto | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11278 | Sanchez | 1/31/20 | $1,134.27 | | led | 52,287.49 | Check | | matched |
| | | Leonor | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11279 | Serrano | 1/31/20 | $963.19 | | led | 53,421.76 | Check | | matched |
| | | | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11280 | Arturo Solis | 1/31/20 | $1,305.43 | | led | 54,384.95 | Check | | matched |
| | | Ebengo | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11281 | Wasokye | 1/31/20 | $886.02 | | led | 55,690.38 | Check | | matched |
| | | Marisol | 1/18/20- | | | Reconci | | | | Manually |
| 02/07/2020 | 11282 | Zarate | 1/31/20 | $815.68 | | led | 56,576.40 | Check | | matched |
| | | | | | | Reconci | | | | Manually |
| 02/06/2020 | | | | | $56,267.67 | led | 57,392.08 | Deposit | | matched |
| | | Candice | 2/1/20- | | | Reconci | | | | Manually |
| 02/06/2020 | 10577 | Wireman | 2/14/20 | $78.26 | | led | 1,124.41 | Check | | matched |
| | | Leonardo | 1/18/20- | | | Reconci | | | | Manually |
| 01/31/2020 | 10576 | Lorenzo | 1/31/20 | $316.89 | | led | 1,202.67 | Check | | matched |
| | | Pragma | | | | Reconci | | | Accounts | Manually |
| 01/29/2020 | | Scientific | | | $7,500.00 | led | 1,519.56 | Deposit | Receivable | added |
| | | | | | | Reconci | | | Citizens- | Manually |
| 01/28/2020 | | | | | $10,000.00 | led | -5,980.44 | Transfer | 3089 | matched |
| | | | | | | | | | Lowe's | |
| | | | | | | | | | Business | |
| | | | | | | Reconci | | | Rewards | Manually |
| 01/28/2020 | | | | | $4,011.00 | led | -15,980.44 | Transfer | Card (3006) | matched |
| | | Rebecca | 8/31/19 - | | | Reconci | | | | Manually |
| 01/27/2020 | 10602 | Eder | 9/13/2019 | $272.06 | | led | -11,969.44 | Check | | matched |
| | | | | | | | | | Payroll | |
| | | | | | | Reconci | | | Processing | Manually |
| 01/27/2020 | | Pay Chex | | $649.79 | | led | -11,697.38 | Expense | Fees | added |
| | | United | | | | | | | | |
| | | Financial | | | | Reconci | | | | Manually |
| 01/27/2020 | | Cas Ins | | $349.27 | | led | -11,047.59 | Expense | Insurance | added |
| | | Pragma | | | | Reconci | | | Accounts | Manually |
| 01/24/2020 | | Scientific | | | $25,000.00 | led | -10,698.32 | Deposit | Receivable | added |

| Date | Num | Name | Memo | Amount | Deposit | Status | Balance | Type | Category | Method |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | | Pay Chex | | $192.92 | | Reconciled | -35,698.32 | Expense | Payroll Liabilities:Involuntary Withholding | Manually added |
| 01/24/2020 | | Lexpro | | $4,000.00 | | Reconciled | -35,505.40 | Expense | Consulting | Manually added with rule |
| 01/24/2020 | 11153 | Ruben Addison | 1/4/20-1/17/20 | $163.92 | | Reconciled | -31,505.40 | Check | | Manually matched |
| 01/24/2020 | 11161 | Trenton Davis | 1/4/20-1/17/20 | $1,155.78 | | Reconciled | -31,341.48 | Check | | Manually matched |
| 01/24/2020 | 11168 | Trinidad Lima | 1/4/20-1/17/20 | $309.35 | | Reconciled | -30,185.70 | Check | | Manually matched |
| 01/24/2020 | 11170 | Paul Nsiah | 12/21/19-1/3/20 | $305.70 | | Reconciled | -29,876.35 | Check | | Manually matched |
| 01/24/2020 | 11174 | Marjorie Wells | 1/4/20-1/17/20 | $1,314.40 | | Reconciled | -29,570.65 | Check | | Manually matched |
| 01/24/2020 | 11175 | Damario White | 1/4/20-1/17/20 | $331.85 | | Reconciled | -28,256.25 | Check | | Manually matched |
| 01/24/2020 | 11177 | William Wireman | 12/7/19-12/20/19 | $341.50 | | Reconciled | -27,924.40 | Check | | Manually matched |
| 01/24/2020 | 11184 | Hugh Gregory | 1/4/20-1/17/20 | $923.71 | | Reconciled | -27,582.90 | Check | | Manually matched |
| 01/24/2020 | 11187 | Kimberly Nader | 1/4/20-1/17/20 | $817.74 | | Reconciled | -26,659.19 | Check | | Manually matched |
| 01/24/2020 | 11193 | Rufino Flores | 1/4/20-1/17/20 | $1,086.39 | | Reconciled | -25,841.45 | Check | | Manually matched |
| 01/24/2020 | 11195 | Erick Gonzalez | 1/4/20-1/17/20 | $1,270.03 | | Reconciled | -24,755.06 | Check | | Manually matched |
| 01/24/2020 | 11196 | Lorenzo Leonardo | 1/4/20-1/17/20 | $557.83 | | Reconciled | -23,485.03 | Check | | Manually matched |
| 01/24/2020 | 11197 | Nixon Polanco | 1/4/20-1/17/20 | $385.30 | | Reconciled | -22,927.20 | Check | | Manually matched |
| 01/24/2020 | 11200 | Romero Cruz | 1/4/20-1/17/20 | $1,013.73 | | Reconciled | -22,541.90 | Check | | Manually matched |
| 01/24/2020 | 11201 | Eliazar Ruiz | 1/4/20-1/17/20 | $921.44 | | Reconciled | -21,528.17 | Check | | Manually matched |
| 01/24/2020 | 11202 | Casto Sanchez | 1/4/20-1/17/20 | $1,090.40 | | Reconciled | -20,606.73 | Check | | Manually matched |
| 01/24/2020 | 11203 | Leonor Serrano | 1/4/20-1/17/20 | $1,007.70 | | Reconciled | -19,516.33 | Check | | Manually matched |
| 01/24/2020 | 11204 | Arturo Solis | 1/4/20-1/17/20 | $653.98 | | Reconciled | -18,508.63 | Check | | Manually matched |
| 01/24/2020 | 11205 | Ebengo Wasokye | 1/4/20-1/17/20 | $845.91 | | Reconciled | -17,854.65 | Check | | Manually matched |
| 01/24/2020 | 11206 | Marisol Zarate | 1/4/20-1/17/20 | $923.14 | | Reconciled | -17,008.74 | Check | | Manually matched |
| 01/24/2020 | | Pay Chex | | $43,906.00 | | Reconciled | -16,085.60 | Expense | | Manually added |
| 01/23/2020 | | | | | $20,000.00 | Reconciled | 27,820.40 | Transfer | Citizens-3089 | Manually added |
| 01/22/2020 | | | | $540.00 | | Reconciled | 7,820.40 | Expense | Misc. | Manually added |
| 01/17/2020 | 11099 | Rudolf Kwe | Cut the check then received one through Paychex. Deducting from 2/7 check. | $379.73 | | Reconciled | 8,360.40 | Check | Employee Cash Advances | Manually added |
| 01/15/2020 | | | | $2,000.00 | | Reconciled | 8,740.13 | Transfer | 5/3 - 3841 | Manually matched |

| Date | Num | Name | Memo | Amount | Amount | Status | Balance | Type | Category | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | | Pay Chex | | $2,109.99 | | Reconciled | 10,740.13 | Expense | Payroll Processing Fees | Manually added |
| 01/13/2020 | | | | $103.03 | | Reconciled | 12,850.12 | Transfer | Platinum Delta SkyMiles *1002 | Manually matched |
| 01/10/2020 | | Pay Chex | | $192.92 | | Reconciled | 12,953.15 | Expense | Payroll Liabilities:Involuntary Withholding | Manually added |
| 01/10/2020 | | | BENE:ELE MENTAL PROCESSING LLC T BENE:ELE MENTAL PROCESSING LLC TRN:P2020 0110003377 7 | | $47,304.56 | Reconciled | 13,146.07 | Expense | Citizens-3089 | Manually matched |
| 01/10/2020 | | Capstone Group, LLC | | $47,304.56 | | Reconciled | -34,158.49 | Expense | Rent Expense | Manually added |
| 01/10/2020 | | Pay Chex | | $33,686.47 | | Reconciled | 13,146.07 | Expense | | Manually added |
| 01/10/2020 | 11094 | Trenton Davis | 12/7/19- 1/3/20 | $670.59 | | Reconciled | 46,832.54 | Check | | Manually matched |
| 01/10/2020 | 11101 | Trinidad Lima | 12/20/19 12/21/19- | $141.84 | | Reconciled | 47,503.13 | Check | | Manually matched |
| 01/10/2020 | 11103 | Paul Nsiah | 1/3/20 12/21/19- | $591.63 | | Reconciled | 47,644.97 | Check | | Manually matched |
| 01/10/2020 | 11106 | Marjorie Wells | 1/3/20 12/21/19- | $369.30 | | Reconciled | 48,236.60 | Check | | Manually matched |
| 01/10/2020 | 11115 | Steven Ellis | 1/3/20 12/21/19- | $1,098.38 | | Reconciled | 48,605.90 | Check | | Manually matched |
| 01/10/2020 | 11116 | Steven Ellis | 1/3/20 12/21/19- | $402.16 | | Reconciled | 49,704.28 | Check | | Manually matched |
| 01/10/2020 | 11117 | Hugh Gregory | 1/3/20 12/21/19- | $998.52 | | Reconciled | 50,106.44 | Check | | Manually matched |
| 01/10/2020 | 10618 | Bradley Eder | 1/3/20 12/7/19- | $342.66 | | Reconciled | 51,104.96 | Check | | Manually matched |
| 01/10/2020 | 11125 | Rene Flores | 12/20/19 12/21/19- | $143.17 | | Reconciled | 51,447.62 | Check | | Manually matched |
| 01/10/2020 | 11126 | Rufino Flores | 1/3/20 12/21/19- | $936.00 | | Reconciled | 51,590.79 | Check | | Manually matched |
| 01/10/2020 | 11127 | Erick Gonzalez | 1/3/20 12/21/19- | $717.55 | | Reconciled | 52,526.79 | Check | | Manually matched |
| 01/10/2020 | 11128 | Leonardo Lorenzo | 1/3/20 12/21/19- | $1,022.29 | | Reconciled | 53,244.34 | Check | | Manually matched |
| 01/10/2020 | 11129 | Nixon Polanco | 1/3/20 12/7/19- | $502.54 | | Reconciled | 54,266.63 | Check | | Manually matched |
| 01/10/2020 | 11131 | Romero Cruz | 12/20/19 12/21/19- | $564.41 | | Reconciled | 54,769.17 | Check | | Manually matched |
| 01/10/2020 | 11132 | Eliazar Ruiz | 1/3/20 12/21/19- | $878.34 | | Reconciled | 55,333.58 | Check | | Manually matched |
| 01/10/2020 | 11133 | Casto Sanchez | 1/3/20 12/21/19- | $952.54 | | Reconciled | 56,211.92 | Check | | Manually matched |
| 01/10/2020 | 11134 | Leonor Serrano | 1/3/20 12/21/19- | $795.28 | | Reconciled | 57,164.46 | Check | | Manually matched |
| 01/10/2020 | 11135 | Arturo Solis | 1/3/20 | $1,003.38 | | Reconciled | 57,959.74 | Check | | Manually matched |

| Date | | Payee | Period | Amount | Amount | Status | Balance | Type | Account | Match |
|------|---|-------|--------|--------|--------|--------|---------|------|---------|-------|
| 01/10/2020 | 11136 | Marisol Zarate | 12/21/19-1/3/20 | $262.37 | | Reconciled | 58,963.12 | Check | | Manually matched |
| 01/09/2020 | | | 11/23/19-12/06/19 | | $46,667.22 | Reconciled | 59,225.49 | Transfer | Citizens-3089 | Manually matched |
| 01/06/2020 | 10604 | Foster Yiadom | Check Date 12/13/19 | $444.45 | | Reconciled | 12,558.27 | Check | Employee Cash Advances | Manually matched |
| 01/06/2020 | | | | $100.00 | | Reconciled | 13,002.72 | Transfer | 5/3 - 3841 | Manually matched |
| 01/03/2020 | | Innovates | | | $8,000.00 | Reconciled | 13,102.72 | Payment | Accounts Receivable | Manually added |
| 01/03/2020 | | | | $15,000.00 | | Reconciled | 5,102.72 | Transfer | Citizens-3089 | Manually added |
| 01/03/2020 | | | | $63.00 | | Reconciled | 20,102.72 | Transfer | 5/3 - 3841 | Manually matched |
| 01/03/2020 | | | | $37.00 | | Reconciled | 20,165.72 | Transfer | 5/3 - 3841 | Manually matched |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Elemental Processing, LLC** _____    Case No. _____
                                    Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $    TBA
    Prior to the filing of this statement I have received _____    $    $50,000
    Balance Due _____    $    TBA

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with creditors to reduce to secured claims to market value; preparation and filing of pleadings,
        motions, notices and proposed order, including but not limited to disclosure statement and plans, and
        applications as needed; preparation and filing of various motions as needed.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April 20, 2020** _____          **/s/ Matthew B. Bunch**
_Date_                                              **Matthew B. Bunch**
                                                    _Signature of Attorney_
                                                    **Bunch & Brock, PSC**
                                                    **271 W. Short Street**
                                                    **805 Security Trust Building**
                                                    **Lexington, KY 40507-1217**
                                                    **(859) 254-5522**
                                                    _Name of law firm_

---

/s/ Tony Struyk
TONY STRUYK

## United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Elemental Processing, LLC** _____    Case No. _____

                                          Debtor(s)        Chapter    **11**    _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeffrey Lake**<br>**12463 Rancho Bernardo Road, #147**<br>**San Diego, CA 92128** | | **27.5%** | |
| **Montecito Capital Management, Inc.**<br>**1262 Scott Street**<br>**San Diego, CA 92106** | | **45%** | |
| **Tony Struyk**<br>**2120 Capstone Dr Ste 150**<br>**Lexington, KY 40511** | | **27.5%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO and CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 20, 2020** _____    Signature  **/s/ Tony Struyk** _____
                                                                  **Tony Struyk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Elemental Processing, LLC** _____     Case No. _____

_____ Debtor(s)     Chapter   **11** _____

# VERIFICATION OF MAILING LIST MATRIX

I, the CEO and CFO of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __**14**__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:   **April 20, 2020** _____     **/s/ Tony Struyk** _____
**Tony Struyk**/**CEO and CFO**
Signer/Title

I, _____**Matthew B. Bunch**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __**14**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:   **April 20, 2020** _____     **/s/ Matthew B. Bunch** _____
Signature of Attorney
**Matthew B. Bunch**
**Bunch & Brock, PSC**
**271 W. Short Street**
**805 Security Trust Building**
**Lexington, KY 40507-1217**
**(859) 254-5522**

9 Mile
1262 Scott Street
San Diego CA 92106


AB Sciex, LLC
1201 Radio Rd
Redwood City CA 94065-1217


AB Sciex, LLC
500 Old Connecticut Path
Framingham MA 01701-4574


Adams Insulation
1016 Nandino Blvd
Lexington KY 40511-1207


Adaptas Solutions, LLC
9 Second St
Palmer MA 01069


Adecco Employment Solutions
1510 Newtown Pike Ste 126
Lexington KY 40511


Adecco USA, Inc.
10151 Deerwood Park Blvd Ste 400
Jacksonville FL 32256-0566


Aggreko, LLC
Attn: Any Officer
15600 John F Kennedy Blvd Ste 600
Houston TX 77032-2344


Air Products and Chemicals, Inc.
7201 Hamilton Blvd
Allentown PA 18195-9642


Air Technologies
PO Box 73278
Cleveland OH 44193-0002


Airgas USA, LLC
Attn: Any Officer
2015 Vaughn Rd Bldg 400
Kennesaw GA 30144

Airgas USA, LLC
259 N Radnor-Chester Rd Ste 100
Wayne PA 19087-5283


Alpha Laboratory Services, LLC
PO Box 11933
Lexington KY 40579-1933


AMD Consulting
20929 Ventura Blvd, Unit 47-135
Woodland Hills CA 91364


American Clinical Solutions
2424 N Federal Hwy Ste 455
Boca Raton FL 33431-7747


American Industrial Contractors
2020 Duncan Machinery Dr
Lexington KY 40504-1007


Amerra Capital Management
c/o Fowler Bell, PLLC
300 W Vine St Ste 600
Lexington KY 40507


Amerra Capital Management, LLC
Attn: Any Officer
1140 6th Ave Fl 18
New York NY 10036-5803


Aramark
2739-2963 Old Todds Rd
Lexington KY 40509


Armadillo
1262 Scott Street
San Diego CA 92106


Associates Warehouse GFV
251 Price Rd
Lexington KY 40511-1961


Botanacor Services
1001 S Galapago St Ste B
Denver CO 80223-2828

Brad Allen Council
c/o Slovin & Associates Co
644 Linn Street, #720
Cincinnati OH 45203


Brenntag Mid-South, Inc.
5083 Pottsville Pk
Reading PA 19605-9724


Brett Construction
Attn: Any Officer
354 Waller Ave Ste 200
Lexington KY 40504-2929


Burkhead's Welding, Inc.
1082 Lisle Rd
Georgetown KY 40324


Cann Am Group, Inc.
20929 Ventura Blvd. Unit 47-135
Woodland Hills CA 91364


CannaBusiness Laboratories
2554 Palumbo Dr
Lexington KY 40509


Capstone Farms, LLC
c/o Jeffrey Lake
2120 Capstone Drive, #111
Lexington KY 40511


Capstone Group, LLC
2201 Regency Road, Suite 602
Lexington KY 40503


Cintas Corporation
P.O. Box 630910
Cincinnati OH 45263-0910


Cintas Corporation
305 Peterson Drive
Elizabethtown KY 42701

CK Tactical Security
476 Locust Fork Rd
Stamping Ground KY 40379-9031


Commerce Lexington
330 E Main St Ste 100
Lexington KY 40507


Cooperative Financial Solutions
PO Box 3003
La Vergne TN 37086


Corine Hampton
1262 Scott St
San Diego CA 92106-2736


CPASS, LLC
PO Box 221011
San Diego CA 92192-1011


Crown Equipment Corporation
44 S. Washington Street
New Bremen OH 45869


Crown Equipment Corporation
44 S Washington St
New Bremen OH 45869


Crown Lift Trucks
1709 Jaggie Fox Way
Lexington KY 40511-1192


Crush Bearings & Drives, Inc.
2028 Parallel Rd
Lexington KY 40511-1008


Cryogenic Experts
531 Sandy Cir
Oxnard CA 93036-0971


DB Labs
4439 Polaris Ave
Las Vegas NV 89103

Desert Valley Testing
51 W Weldon Ave
Phoenix AZ 85013


Dibiccari, Chris
810 SW 11th Ave.
Cape Coral FL 33991


Dotson Partnership
c/o Samuel G. Carneal, Esq.
Gess Mattingly & Atchison
201 W. Short Street, #102
Lexington KY 40507


Dynasty Farms, LLC
c/o Raymond Kusinski, Manager
1938 East. Lincoln Highway, #210
New Lenox IL 60451


E-Cargoway Logistics USA, Inc.
1515 Kona Dr
Compton CA 90220


E-Cargoway Logistics, Inc.
16200 S Garfield Ave
Paramount CA 90723


Echo Global Logistics, Inc.
600 W Chicago Ave Ste 725
Chicago IL 60654


Elite Pest Control
632 Bizzell Dr
Lexington KY 40510-1003


Emerald Twenty Four
Attn: any officer
1024 Greendale Rd
Lexington KY 40511


Fayette County Farm Bureau
1316 Versailles Rd
Lexington KY 40504-1137

Fayette County Public Schools
PO Box 55570
Lexington KY 40555-5570


FedEx
2200 Forward Drive
Pittsburgh PA 15251-0840


Ford Credit
PO Box 650575
Dallas TX 75265-0575


Ford Motor Credit Company
PO Box 105704
Atlanta GA 30348-5704


Frost Brown Todd
PO Box 70087
Louisville KY 40270-0087


Gilson, Inc.
PO Box 620027
Middleton WI 53562-0027


Goto Premium Finance
PO Box 4312
Woodland Hills CA 91365-4312


Grainger Industrial Supply
Dept 886700617
Palatine IL 60038-0001


Grainger Industrial Supply
1351 Georgetown Rd
Lexington KY 40511


Greenfield Global
PO Box 67000
Detroit MI 48267


Greenfield Global
1101 Isaac Shelby Dr
Shelbyville KY 40065

Gutkoski, Mike
304 N. 18th Ave.
Bozeman MT 59715


Harshaw Trane
12700 Plantside Dr
Louisville KY 40299


HBK CPAs
119 E State St
Alliance OH 44601


Health Source Supply LLC
5972 Hastings Road
Registered Agent: Shanna Stevens
Clinton WA 98236


Hill Barth & King
6603 Summit Dr
Canfield OH 44406


Holston Gases
357 Blue Sky Pkwy
Lexington KY 40509


Humana Health Plan
PO Box 3225
Milwaukee WI 53201-3225


IAC
PO Box 1239
Jeffersonville IN 47131


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Isotex Health LLC
3505 Quartz Drive
McKinney TX 75070


Isotex Health, LLC
3505 Quartz Drive
McKinney TX 75070

Jade Partners, LLC
2100 Byberry Road
Huntingdon Valley PA 19006


James Frazier, Receiver
201 E. Main Street, Suite 900
Lexington KY 40507


James Monroe Homes
2250 Thunderstick Dr Ste 1206
Lexington KY 40505


Janet Luo, Esq.
Sturgill Turner Barker Moloney
333 W. Vine Street, #1500
Lexington KY 40507


Jeffrey Lake
12463 Rancho Bernardo Road, #147
San Diego CA 92128


JMM Group, LLC
11428 Abbey Rd
Mokena IL 60448


John Deere Financial
PO Box 6600
Johnston IA 50131-6600


Jonah Mitchell
102 Lake St
Nicholasville KY 40356


Joseph Wolfe, Esq.
Wolfe & Houlehan PLLC
226 N. Upper Street
Lexington KY 40507


Keithly-Williams Seeds
PO Box 177
Holtville CA 92250


Kentuckiana Comfort Center
2716 Grassland Dr
Louisville KY 40299

Kentucky 21st Century Agri, LLC
4342 Van Cleave Rd
Murray KY 42071


Kentucky 21st Century Agri, LLC
2100 Byberry Rd
Huntingdon Valley PA 19006


Kentucky Department of Revenue
Attn: Legal Dept - Bankruptcy
PO Box 5222
Frankfort KY 40602-5222


Kentucky Division of Unemployment
PO Box 948
Frankfort KY 40602-0948


Kentucky Utilities
PO Box 9001954
Louisville KY 40290-1954


Kentucky Utilities
One Quality St
Lexington KY 40507-1461


Lake APC
444 West C St Ste 400
San Diego CA 92101


Lane Powell, PC
1420 5th Ave Ste 4200
Seattle WA 98101


Langley Foods, Inc.
PO Box 709
Mount Sterling KY 40353


Lebsock, Bradley
1350 West Main Street
Sterling CO 80751


LFUCG
Division of Revenue
PO Box 14058
Lexington KY 40512-4058

McMaster-Carr
PO Box 5370
Princeton NJ 08543-5370


MH Catalyst, LLC
230 S Spring St Ste 400
Louisville KY 40206


Michael Allen Hamilton
108 Vincewood Drive
Nicholasville KY 40356


MJ83 Holdings, LLC
c/o Raymond Kusinski, Manager
1938 East Lincoln Highway, #210
New Lenox IL 60451


Mokena Holdings, LLC
Attn:  any officer
9275 W Flamingo Rd Ste 120
Las Vegas NV 89147


Montecito Capital Management, Inc.
1262 Scott Street
San Diego CA 92106


Nascient Labs
9419 Mason Ave Ste C
Chatsworth CA 91311


Natland International
300 Bearcat Way Ste 111
Morrisville NC 27560


Nolan Jackson, Esq.
Frost Brown Todd LLC
250 W. Main Street #2800
Lexington KY 40507


Northwest TN Regional Port Authority
4480 Cates Landing Rd
Tiptonville TN 38079

NSF International
PO Box 130140
Ann Arbor MI 48105-0140


Oakcrest Manor SD, Inc.
1262 Scott Street
San Diego CA 92106


OG Consultants, LLC
620 Tinton Ave.
Tinton NJ 07724


Omni International
935 Cobb Place Blvd Ste C
Kennesaw GA 30144


Paul M. Nalepka, Esq.
Reisenfeld & Associates, LLC
3962 Red Bank Road
Cincinnati OH 45227


Pentecost Mechanical Services, Inc.
PO Box 13337
Lexington KY 40583-3337


Phasex Corporation
135 Flagship Dr
North Andover MA 01845


Pope Scientific, Inc.
351 N Dekora Woods Blvd
Saukville WI 53080-1684


Port of Cates Landing
130 S. Court Street
Tiptonville TN 38079


Pragma Scientific, LLC
11650 Olio Road Ste. 1000211
Fishers IN 46037


R&R Capital Management
20929 Ventura Blvd. Unit 47-135
Woodland Hills CA 91364

Regal Communications
213 Breeze Hill Dr
Winchester KY 40391


Regional Industrial Combustion of Ky
81 Jefferies Ln
PO Box 159
Hustonville KY 40437


Reise
PO Box 221011
San Diego CA 92192-1011


Restek Corporation
PO Box 4276
Lancaster PA 17604


Rexel USA
PO Box 742833
Atlanta GA 30374


Rexel USA
1693 Jaggie Fox Way
Lexington KY 40511


RittLiverpool
366 N. Main Street
Rittman OH 44270


RM Partners Law, LLC
305 N Peoria St Ste 200
Chicago IL 60607


Schneider Industries, Inc.
121 Hunter Ave Ste 204
Saint Louis MO 63124


SD5050, LLC
5469 Castlehills Drive
San Diego CA 92109


Selas Heat Technology Company
11012 Aurora-Hudson Rd
Streetsboro OH 44241

Sevole
PO Box 221011
San Diego CA 92192-1011


Sigma-Aldrich
PO Box 535182
Atlanta GA 30353


Sky Hemp LLC
409 College Street
Bowling Green KY 42101


Steel Toe Shoes
800 Wisconsin St Mail Box 15
Eau Claire WI 54703


Stephen Hillenmeyer
230 Sandersville Rd
Lexington KY 40511


Stoll Keenon Ogden
300 W Vine St Ste 2100
Lexington KY 40507


Strategic Compensation Group, LLC
15 Somerset Street, Unit 401
Clearwater Beach FL 33767


TomCo2 Systems
3340 Rosebud Rd
Loganville GA 30052


Tony Struyk
2120 Capstone Dr Ste 150
Lexington KY 40511


Trane US, Inc.
PO Box 845053
Dallas TX 75284-5053


Twin Rivers Holdings
3261 Ocean Front Walk 1A
San Diego CA 92109

Uline
PO Box 88741
Chicago IL 60680-1741


Unisafe, Inc.
PO Box 395
Bohemia NY 11716


USA Scientific
PO Box 3565
Ocala FL 34478


Vacuum Pump Rebuilders
111 Farmhouse Dr
Greentown PA 18426


VWR International LLC
PO Box 640169
Pittsburgh PA 15264-0169


Wallace Electrical Systems
2853 Ken Gray Blvd Ste 4
West Frankfort IL 62896


William D. Furnish
1320 Kentucky Hwy 982
Cynthiana KY 41031


Yale Kentuckiana
4092 McCollum Ct
Louisville KY 40218


YKI Material Handling Solutions
4092 McCollum Ct
Louisville KY 40218

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Elemental Processing, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Elemental Processing, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Montecito Capital Management, Inc.**
**1262 Scott Street**
**San Diego, CA 92106**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 20, 2020** | **/s/ Matthew B. Bunch** |
| Date | **Matthew B. Bunch** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Elemental Processing, LLC** |
| | **Bunch & Brock, PSC** |
| | **271 W. Short Street** |
| | **805 Security Trust Building** |
| | **Lexington, KY 40507-1217** |
| | **(859) 254-5522** |

## United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Elemental Processing, LLC**

_____
Debtor(s)

Case No. _____

Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Tony Struyk, declare under penalty of perjury that I am the CEO and CFO of Elemental Processing, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors and All Shareholders of said corporation at a special meeting duly called and held on the 20th day of April, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Tony Struyk as CEO and CFO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Tony Struyk as CEO and CFO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Tony Struyk as CEO and CFO of this Corporation is authorized and directed to employ Matthew B. Bunch and W. Thomas Bunch II, attorneys and the law firm of Bunch & Brock, PSC, to represent the corporation in such bankruptcy case."

Date   April 20, 2020 _____

Signed   /s/ Tony Struyk _____
Tony Struyk

Resolution of Board of Directors and All Shareholders
of
Elemental Processing, LLC


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Tony Struyk as CEO and CFO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Tony Struyk as CEO and CFO  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Tony Struyk as CEO and CFO  of this Corporation is authorized and directed to employ Matthew B. Bunch, attorney and the law firm of Bunch & Brock, PSC to represent the corporation in such bankruptcy case.

| | | |
|---|---|---|
| Date | April 20, 2020 | Signed   /s/ Tony Struyk |
| | | Tony Struyk |
| Date | April 20, 2020 | Signed   /s/ Jeffrey A. Lake |
| | | Jeffrey A. Lake |
| Date | April 20, 2020 | Signed   /s/ Tony Struyk, as authorized agent or officer |
| | | Montecito Capital Management, Inc. |
| | | by Its Authorized Agent, Officer or Director |

<u>ELEMENTAL PROCESSING, LLC</u>

Minutes of a Special Emergency Meeting of Members
on April 20, 2020

A meeting of the Members of ELEMENTAL PROCESSING, LLC, a Kentucky limited liability company (the "Company") was called to order Tony Struyk, Jeffrey A. Lake, and Montecito Capital Management, LLC, as the officers and directors and all shareholders and its authorized agent of the Company, on the date set forth above.

Upon a motion, the Member unanimously approved the following resolutions:

WHEREAS, all Members heretofore deem it to be in the best interests of the Company to adopt the following resolutions,

NOW, THEREFORE BE IT:

RESOLVED, that in the judgment of all Member of the Company, it is in the best interests of the Company, its creditors, members, employees and other interested parties, that a voluntary petition be filed by the Company, having relief under the provisions of chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), and shall have the employment of bankruptcy counsel of Bunch & Brock PSC of Lexington, KY; and it is further

RESOLVED, that Tony Struyk, in his capacity as a member and chief executive officer and chief financial officer of the Company, is hereby authorized and directed to employ Matthew B. Bunch, W. Thomas Bunch II and other attorneys with the law firm of Bunch & Brock PSC, Lexington, Kentucky, to represent the Company in connection with such bankruptcy case, and that the Company shall pay Bunch & Brock PSC the retainer as agreed to by the Company on March 11, 2020 in the amount of $25,000, and on March 12, 2020, in the amount of $25,000 with further application seeking any additional compensation that the bankruptcy court may allow; and it is further

RESOLVED, that Tony Struyk, in his capacity as a member and chief executive officer and chief financial officer of the Company, is hereby authorized and directed to execute and deliver all documents necessary to perfect the continued filing of necessary pleadings in the existing Chapter 11 bankruptcy case on behalf of the Company; and it is further

RESOLVED, that Tony Struyk, in his capacity as a member and chief executive officer and chief financial officer of the Company, is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all documents on behalf of the Company in connection with such bankruptcy case, as being duly appointed by the bankruptcy court as the Company's designated representative.

**MEMBER:**         /s/ **Tony Struyk**
             **TONY STRUYK, Member**

**MEMBER:**         /s/ **Jeffrey A. Lake**
             **JEFFREY A. LAKE, Member**

**MEMBER:**         /s/ **Tony Struyk**
             **MONTECITO CAPITAL**
             **MANAGEMENT, INC., Member**

**WITH APPROVAL OF:**     **ELEMENTAL PROCESSING, LLC**

             **BY:** /s/ **Tony Struyk**
              **TONY STRUYK**
              **As Authorized Agent**