**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:                                                                                       CHAPTER 11

ELEMENTAL PROCESSING, LLC

    DEBTOR                                                                      CASE NO. 20-50640-tnw

**NOTICE OF FILING OF DEBTOR'S PROPOSED DIP LENDER**

**NOTICE IS HEREGY GIVEN** that **ELEMENTAL PROCESSING, LLC**, as Debtor and proposed Debtor-in-Possession in the above-referenced Chapter 11 bankruptcy case, submits its proposed Letter of Intent ("LOI") for purposes of post-petition financing in the amount of $500,000 for the operational aspect of the business. Attached hereto as **Exhibit 1** is the signed LOI with specific terms and condition. Counsel for the Debtor and senior pre-petition lender, Amerra Capital Management, LLC, have regularly communicated throughout the week regarding DIP Lending, and the Debtor reserves the right to modify such final terms that may be acceptable between the parties. The Debtor intends to submit a motion seeking approval with this Court but wanted to give advanced notice of its intent before the first day hearing.

        Respectfully submitted,

        **BUNCH & BROCK, PSC**

        **By:**     /s/ Matthew B. Bunch
              MATTHEW B. BUNCH
              271 West Short Street, Suite 805
              Lexington, Kentucky 40507
              (859) 254-5522
              matt@bunchlaw.com

        **PROPOSED ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

      This is to certify that on this the 24th day of April, 2020, a true and correct copy of the forgoing has been served in the method established under CM/ECF Administrative Procedures Manual to all attorneys of record, including Debtors' designated representative by email, and the U.S. Trustee's Office via CM/ECF.

**/s/ Matthew B. Bunch**
**MATTHEW B. BUNCH**