**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Tracey N. Wise**

IN RE:                                                                                           CASE NUMBER 20-50640

Elemental Processing, LLC

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 04/29/2020                                                                                 TIME: 10:00

ISSUE:

13   04/20/2020   Application to Incur Additional Debt of $750,000 from the SBA relating to the Payroll Protection Program (PPP) via the CARE Act filed by Elemental Processing, LLC. Telephonic Hearing scheduled for 4/24/2020 at 01:30 PM. (Attachments: # 1 Proposed Order) (Bunch, Matthew) Hearing location modified on 4/21/2020 (lmu).

DISPOSITION:

Cont

JUDGE'S NOTES:

4/30, 11:30 AM, oral ruling

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, April 29, 2020**
**(sms)**